# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

DEC 19 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| | |
|---|---|
| **PLAINTIFF** BENTON GENE BASKIN | **COURT CASE NUMBER** CV21-01890-PHX-SPL-JFM |
| **DEFENDANT** JAVIER DIAZ | **TYPE OF PROCESS** 42 U.S.C. § 1983 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JAVIER DIAZ, HUTCHINSON CORRECTIONAL FACILITY CENTRAL UNIT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
500 S. Reformatory Road Hutchinson, Kansas 67501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BENTON GENE BASKIN, I/M #52888
HUTCHINSON CORRECTIONAL FACILITY CENTRAL - D-1/#215
HUTCHINSON, KANSAS 67504-1568

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 3
Check for service on U.S.A.: X

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Benton Gene Baskin
TELEPHONE NUMBER: 620-662-2321
DATE: 10/18/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2 of 3
District of Origin No.: 08
District to Serve No.: ___
Signature of Authorized USMS Deputy or Clerk
Date: 11-2-2022

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 12/19/22    Time: 2:15 ☒ pm
Address (complete only if different than shown above):
Signature of U.S Marshal or Deputy
V. K. Lane  DUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**
1 DUSM 1 HR @ RT Served Jon D. Graves, Administrative Attorney for the Kansas Department of Correction @ the U.S. Marshal's office in Wichita @ 1415 hours.

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| BENTON GENE BASKIN <br> *Plaintiff* <br> v. <br> JAVIER DIAZ <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. CV21-01890-PHX-SPL-JFM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mr. Javier Diaz
Hutchinson Correctional Facility Central Unit
500 S. Reformatory Road
Hutchinson, Kansas 67501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benton Gene Baskin #52888
HUTCHINSON CORRECTIONAL FACILITY
P.O. BOX 1568, D-1/#215
HUTCHINSON, KS 67504

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT/DCE    Debra D. Lucas

Date: 10/31/2022                                        _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Javier Diaz__
was received by me on *(date)* __12/14/2022__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jon D. Graves esq__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Javier Diaz__ on *(date)* __12/14/2022__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/14/2022__

_____
*Server's signature*

__V.K. Lane  DJSM__
*Printed name and title*

401 N. Market Suite #201
Wichita KS 67202
*Server's address*

Additional information regarding attempted service, etc:



# Kansas
## Department of Corrections

### Jon D. Graves
#### Administrative Attorney

Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67501-1568

Phone: (620) 625-7253
Fax: (620) 728-3262
Jon.Graves@ks.gov