# **EXHIBIT A**

Daniel P. Struck, Bar No. 012377
Dana M. Keene, Bar No. 033619
Courtney Lacaillade, Bar No. 035573
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
dkeene@strucklove.com
clacaillade@strucklove.com

*Attorneys for Defendant C. Westbrook*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Benton Gene Baskin, | NO. CV 21-01890-PHX-SPL (JFM) |
|---|---|
| Plaintiff, | **DECLARATION OF C. WESTBROOK** |
| v. | |
| Todd Thomas, et al., | |
| Defendants. | |

I, C. Westbrook, state the following based upon my personal knowledge.

1. I am of the age of majority, of sound mind, and have personal knowledge of the facts contained in this Declaration.

2. I am aware of the allegations asserted against me in the Civil Rights Complaint filed by Kansas Department of Corrections ("KDOC") inmate Benton Baskin in the United States District Court for the District of Arizona. I make this Declaration in support of the Motion to Dismiss filed on my behalf.

3. I have been a resident of Clarksville, Tennessee since approximately 2013. Prior to that, I have resided at various places in Tennessee, to include Clarksville, White House, and Antioch, since approximately 1996.

4. I have never resided in Arizona.

5. I have been employed by TransCor America, LLC ("TransCor") since 1998.

Prior to joining TransCor, I served in the United States Army in various capacities for approximately ten years.

6. TransCor is a Tennessee Limited Liability Company with its principal place of business and corporate headquarters in Nashville, Tennessee.

7. Up until the COVID-19 pandemic, I worked in Nashville at TransCor's corporate headquarters. I now work remotely from my home, although I am still required to travel to the TransCor offices in Nashville on a regular basis to perform various job duties.

8. Since it was founded in 1990, TransCor has partnered with more than 2,000 federal, state, and local government entities to safely and securely transport more than 1.3 million inmates and detainees throughout the United States.

9. Since 2008, TransCor has limited its operations to field office services and Special Operations.

10. Field office services originate and end at TransCor field offices, which are located at its partner facilities. In providing field office services, TransCor provides employees, vehicles, and management services to effectuate routine inmate/detainee movements to and from specific facilities.

11. Special Operations are movements of a larger number of inmates (by air or ground) between two or more secure correctional facilities, and are planned, managed, and staffed with TransCor employees from TransCor's Nashville headquarters.

12. I was initially hired by TransCor as an Extradition Agent. I have held numerous positions at TransCor as I have worked my way up the ranks, including Night Dispatcher, Shift Leader, Trip Manager, and Director of Trip Management. I was eventually promoted to Director of Training over the entire company and held that position for a few years until I was promoted to Director of Operations in November 2007.

13. As Director of Operations, I am part of TransCor's senior leadership team. I oversee day-to-day operations, trip activity assignments, hours of service, work schedules, and payroll. I make sure that supervisors and staff are adhering to company policies, as

well as applicable laws and regulations. I encourage and oversee leadership development within the company, and I oversee officer training and recertification—and I offer my experience and expertise in staff training—company-wide. In this role, I report directly to TransCor's Vice President and Chief Operating Officer.

14. In addition to providing supervision and oversight to TransCor's operations out of Tennessee, I am responsible for overseeing mass air moves of inmates/detainees in various states across the country.

15. I also oversee five TransCor field offices in Texas (at the Eden Detention Center in Eden, Texas), Tennessee (at TransCor's Central Office in Nashville, Tennessee), Oklahoma (at the Cimarron Correctional Facility in Cushing, Oklahoma), and in Arizona (at the Central Arizona Florence Correctional Complex in Florence, Arizona and at the Eloy Detention Center in Eloy, Arizona).

16. As Director of Operations, my job responsibilities require me to travel to numerous states across the country.

17. I travel to Arizona less than ten times per year for various reasons attendant to my job duties, and typically for administrative and/or training purposes and to conduct site visits at the two Arizona field offices I oversee. I usually do not supervise transports or otherwise interact with inmates/detainees during these trips.

18. If there are specific instances where I am required to oversee an air transport to or from Arizona—such as the October 23, 2019 air transport from Kansas to Arizona in this case—I would also travel to Arizona as part of that particular transport, and I would be physically present on the air transport to oversee operations, act as a liaison between TransCor and its government partner, and to assist TransCor officers with any issues that may arise before, during, and after the transport. I typically do not have any involvement with inmates/detainees outside of a particular transport mission. The only time I come into contact with inmates or detainees is during air mass moves.

19. For the particular transport at issue in this case, TransCor was contracted by the KDOC to transport (via charter flight) approximately 120 KDOC inmates from Kansas

to the Saguaro Correctional Center ("SCC") in Eloy, Arizona.

20. I travelled to Salina, Kansas from Nashville, Tennessee, on October 22, 2019, along with six other TransCor officers and a TransCor flight nurse. I attended a debrief with members of the KDOC on that date.

21. On October 23, 2019, my team and I were stationed at the Salina Regional Airport. KDOC was responsible for transporting all inmates via ground transportation to the airport, and was also responsible for conducting strip searches, dressing all inmates in paper inmate uniforms, and applying restraints provided by TransCor prior to movement.

22. KDOC inmates and staff arrived at the airport at approximately 0800 hours. My team and I performed typical pre-departure duties in preparation of the air transport.

23. I do not have any recollection of Inmate Baskin. I have no recollection of interacting with him before, during, or after this air transport.

24. I have read the allegations asserted by Inmate Baskin against me. Under no circumstances would these allegations have occurred. TransCor treats all inmates in its care with dignity and respect. We strive to make sure that inmates are comfortable during transport while balancing the serious necessity of maintaining safety and security at all times. All TransCor officers (including myself) routinely conduct physical wrist restraint checks during transport to ensure that there is enough space between the wrist restraint and the inmate's wrist. In the event an inmate's wrist restraints are too tight, a restraint adjustment (which occurs when existing restraints are tightened or loosened) or modification (which occurs when regular-sized wrist restraints are replaced with oversized wrist restraints) can be made depending on the circumstances. Oversized restraints are available during every transport. There is no disincentive to performing restraint adjustments and/or modifications if they are necessary, and all adjustments and modifications are noted in writing.

25. In addition, on this particular transport, a TransCor nurse was also onboard the flight. If any inmate complained of injury during transport, that inmate would have been examined and/or treated by the nurse.

26. There is no record that Inmate Baskin requested a wrist restraint adjustment or modification, or that one was made. There is also no record that Inmate Baskin requested to see the flight nurse or was otherwise evaluated by the nurse during transport.

27. The airplane departed Salina, Kansas at approximately 1100 hours CT. This transport was uneventful, and I have no particular recollection of any unusual and/or extraordinary events occurring during the transport. The airplane landed at the Phoenix-Mesa Gateway Airport in Mesa, Arizona at approximately 1311 hours CT (1111 hours local Arizona time).

28. TransCor was responsible for all ground movement from the Phoenix-Mesa Gateway Airport to SCC. After the inmates deboarded the airplane in Arizona, they were boarded onto numerous transport vehicles, and departed the airport for SCC at approximately 1427 hours CT (1227 hours local Arizona time). I was present on one of those transport vehicles.

29. After my team transferred custody of the KDOC inmates to SCC staff, we spent the night in Phoenix, and travelled back to Nashville on October 24, 2019.

30. Aside from my travels to Arizona as part of my job duties, I do not maintain an office in Arizona, I do not own property in Arizona, and I never travel to Arizona for personal reasons, nor do I intend to.

31. Any contact I have had with the State of Arizona has been minimal and within the scope of my employment with TransCor.

///

///

///

5

1  I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
2  UNITED STATES OF AMERICA AND THE STATE OF TENNESSEE THAT THE
3  FOREGOING IS TRUE AND CORRECT.

4  Executed in Clarksville, Tennessee on December 28, 2022.

*Charles K. Westbrook*
Charles K. Westbrook

# EXHIBIT B

**TransCor America, LLC**
**Actives Log**

Form 2-2B

M. Lee / V. Marsh / D. Tumblin                KDOC - SCC Air Mass

| OIC: A. C. Westbrook | T/O B: W. Galle | Manifest # 148020 | Trip # 127338 | Start Date: 10-22-19 | Weapon # N/A |
| T/O C: W. Tyson | T/O D: J. Willies | T/O E: R. Jacobs | Vehicle # Air | End Date: | Weapon # N/A |

| # | Date 2019 | Time In (CST) | Mileage | Driver | Arrival/Departure Location | Time Out (CST) | # of POB | Purpose of Stop | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10-22 | 0400 | — | — | Nashville, TN | 0522 | 0 | Start Trip, Flight to Chi | |
| 2 | 10-22 | 0530 | — | — | Nashville, TN | 1038 | 0 | CI, Flight to Dm | Several hours layover in TN |
| 3 | 10-22 | 11:50 | — | — | Chicago, IL | 1321 | 0 | CI, Flight to Dn, CO | |
| 4 | 10-22 | 1524 | — | — | Denver, CO | 2139 | 0 | CI Flight to Hays KS | |
| 5 | 10-22 | 2222 | — | — | Hays KS | 2307 | 0 | CI, Flight to Salina, KS | |
| 6 | 10-22 | 2327 | — | — | Salina, KS | 2345 | 0 | CI, Travel to Hotel | Shuttle 25.00 No rec |
| 7 | 10-23 | 0032 | — | — | Salina, KS | 0600 | 0 | CI Start Run | Shuttle 25.00 No Rec |
| 8 | 10-23 | 0710 | — | — | Salina, KS | 1103 | 120 | CI, RC, HC, RR, load plane | restraint adjustments |
| 9 | 10-23 | 1311 | — | — | Phoenix-mc, AZ | 1427 | 120 | CI, RC, HC RR, load bus | |
| 10 | 10-23 | 1544 | — | — | Eloy, AZ | 1727 | 0 | CI, RC, HC RR P/O | |
| 11 | 10-23 | 1840 | — | — | Phoenix, AZ | 0800 | 0 | Start Run, CI | End Run |
| 12 | 10-23 | 0840 | — | — | Phoenix, AZ | 1055 | 0 | Flight to Nashville | CI |
| 13 | 10-23 | 1330 | — | — | Nashville, TN | 1435 | 0 | Travel to Office | CI |
| 14 | 10-23 | 1453 | — | — | Nashville, TN | 1610 | 0 | End Trip | |

**ACTIVITY CODE:**

RR Restroom Break | RC Restraint Check | POB Prisoner on Board | MC Medication Call
C/T Call Trip Management | C/F Called Facility | C/LE Called Local LE | B/L/D Meal