# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Benton Gene Baskin,
Plaintiff
-vs-
Todd Thomas, et al.,
Defendants.

CV-21-1890-PHX-SPL (JFM)

**Order**

**NOTICE - WARNING TO PLAINTIFF** – Defendant Westbrook has filed a Motion to Dismiss. That motion to dismiss seeks to have your case dismissed. The motion will, if granted, end your case, or at least portions of your case. Plaintiff is advised of the following specific provisions of Local Civil Rule 7.2, Rules of Practice of the United States District Court for the District of Arizona:

> **(e) Length of Motions and Memoranda.** Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, each shall not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts. Unless otherwise permitted by the Court, a reply including its supporting memorandum shall not exceed eleven (11) pages, exclusive of attachments. Attachments shall exclude materials extraneous to genuine issues of material fact or law.
>
> * * *
>
> **(i) Briefs or Memoranda of Law; Effect of Non-Compliance.** If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the unrepresented party or counsel does not serve and file the required answering memoranda, or if the unrepresented party or counsel fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

You must timely respond to all motions. The Court may, in its discretion, treat your failure to respond to the Motion to Dismiss as a consent to the granting of that Motion without further notice, and judgment may be entered dismissing this action without

- 1 -

prejudice pursuant to Rule 7.2(i) of the Local Rules of Civil Procedure. *See Brydges v. Lewis,* 18 F.3d 651 (9th Cir. 1994) (*per curiam*).

Because the motion relies in part on a lack of personal jurisdiction, the expanded deadlines for motions for summary judgment apply. *See* LRCiv 12.1(b).

**IT IS THEREFORE ORDERED that**:

1. **Response** - Plaintiff has through **February 6, 2023** to respond to Defendant Westbrook's Motion to Dismiss, filed January 3, 2023 (Doc. 20).

2. **Reply** - Defendants have fifteen days from service of the response to file a reply.

3. **Consideration of Motion** - The Motion to Dismiss will be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated: January 4, 2023

21-1890o Order 23 01 03 re Sched on MTD.docx

James F. Metcalf
United States Magistrate Judge