**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Benton Gene Baskin, Plaintiff -vs- Todd Thomas, et al., Defendants. | CV-21-1890-PHX-SPL (JFM) **Order** |

Plaintiff seeks a one-month, first extension of the February 6, 2023 deadlines to respond to the Motion to Dismiss for Lack of Jurisdiction (Doc. 25) the Motion to Dismiss for Lack of Jurisdiction or in the Alternative to Transfer, citing as cause lack of access to the prison law library. (Motion to Extend, Doc. 25; Motion to Extend, Doc. 26))

No response has been timely filed, and the Court deems such lack of response a consent to the granting of the motion. LRCiv. 7.2(i).

**IT IS THEREFORE ORDERED**:

(A) Plaintiff's Motion to Extend (Doc. 25) is **GRANTED**.

(B) Plaintiff's Motion to Extend (Doc. 26) is **GRANTED**.

(C) Plaintiff has through **March 6, 2023** to respond to the Motion to Dismiss for Lack of Jurisdiction (Doc. 25).

(D) Plaintiff has through **March 6, 2023** to respond to the Motion to Dismiss for Lack of Jurisdiction or in the Alternative to Transfer (Doc. 26).

Dated: February 24, 2023

James F. Metcalf
United States Magistrate Judge

21-1890-025o Order 23 02 23 on Motion to Extend.docx