Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility Central
P.O. Box 1568
Hutchinson, Kansas 67504
Phone: (620)-662-2321
Fax: (620)-728-3473
E-mail: www.gettingout.com
Civil Rights Complainant-Plaintiff Pro se



✓ FILED _____ LODGED
_____ RECEIVED _____ COPY

MAR 0 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

---

Benton Gene Baskin,

             Plaintiff,

v.

Todd Thomas, et al.,

             Defendants.

NO: CV-21-01890-PHX-SPL(JFM)

**PLAINTIFF BASKIN'S MOTION
FOR APPOINTMENT OF
COUNSEL**

---

      Plaintiff Baskin moves for an order appointing counsel pursuant

to 28 U.S.C. § 1915(e)(1) to represent him in this case. In support of this

motion Plaintiff Baskin states:

      1.     Baskin is a pro se litigant and is not in a position to obtain
discovery and easily investigate the facts necessary to support
his case.

      I.     <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

      Appointment of counsel for indigent civil litigants under 28 U.S.C.

§ 1915(e)(1) requires "exceptional circumstances." See Rand v. Rowland, 113

F.3d 1520, 1525 (9th Cir. 1997) (citing former 28 U.S.C. § 1915(d) (1996)

overruled on other grounds. <u>154 F.3d 952</u> (1998). To decide whether except-

ional circumstances exist, the Court must evaluate "both 'the likelihood of

success on the merits [and] the ability of the Plaintiff to articulate his

claims pro se in the light of the complexity of the legal issues involved."

Wilborn v. ES Calderon, <u>789 F.2d 1328</u>, 1331 (9th Cir. 1986) (qouting Weygandt

v, look, <u>718 F.2d 952</u>, 954 (9th Cir. 1983)).

1

2.   Plaintiff Baskin, a Kansas prisoner whom was Interstate Correct-
     ions Compact (ICC) and confined at the Saguaro Correctional
     Center in Eloy, Arizona, was subsequently (ICC) tranfer return
     to the Kansas Department of Corrections (KDOC) at Lansing
     Correctional Facility (LCF) on December 17, 2020 in Lansing,
     Kansas and after three week Covid-19 Quarantine, transfered back
     to Hutchinson Correctional Facility Central Unit (HCF CU) in
     Hutchinson, Kansas, on January 5, 2021, filed a pro se civil
     rights Complaint pursuant to 42 U.S.C. § 1983 on October 22, 2021.
     See Exhibit A..

3.   In this Circuit, the prison mailbox rule applies to Section 1983
     claims filed by inmates. Douglas v. Noelle, 567 F.3d 1103, 1107
     (9th Cir. 2009). Under the prison mailbox rule, a pro se inmate's
     pleading is "filed" the moment the documents are delivered to
     the prison authorities for forwarding to the district court.
     Houston v. Lack, 487 U.S. 266, 270-71 (1988). On October 22, 2021
     Plaintiff Baskin, received notarization of the civil rights Complaint
     via Corrections Counselor I (CC I) Leo L. Duran, Unit Team at
     Hutchinson Correctional Facility Central Unit (HCF-CU) in Hutchinson
     Kansas, D-Cellhouse and subsequently delivered the documents to
     Unit Team Manager (UTM) Sarah Roach, for forwarding to the
     district court.

4.   Plaintiff Baskin is unable to afford counsel, and previously
     requested to proceed In Forma Pauperis (Doc. 2), and a Motion to
     Appoint Counsel (Doc. 3). In a December 15, 2021 Order, the Court
     denied the deficient Application to Proceed due to clerical error,
     and gave Plaintiff 30 days to pay the filing and administrative
     fees or file a complete Application to Proceed In Forma Pauperis
     (Doc. 6), 1 and denied Plaintiff's motion to appoint counsel.
     Plaintiff Baskin, then paid the filing and administrative fees
     (Doc. 13).

5.   Plaintiff Baskin's imprisonment will greatly limit his ability
     to litigate. The issues involved are complex and will require
     significant research and investigation.  Plaintiff Baskin has
     limited access to the Hutchinson Correctional Facility Central
     Unit (HCF-CU) Law Library and limited knowledge of the law (B)
     Plaintiff Baskin's schedule permits two (2) days a week and is
     only allowed seventy-five (75) minutes per appointment to research
     and/or format and perfect motions; However, due to the unforseeable
     Impeding and deprivation of the ability to utilize the Printer,
     Word Document Pad, and the inability to Print caselaw will further
     hinder Plaintiff Baskin's ability to litigate. See Exhibit B.

6.   A trial in this case will likely involve conflicting testimony,
     and counsel would better enable Plaintiff Baskin to present
     evidence and cross examine witnesses.

7.   Plaintiff Baskin has made repeated efforts to obtain a lawyer pro bono. Attached to this motion are: (C) <u>Saguaro Correctional Center, Inmate Mail History</u>, evidencing intent and mail sent to Attorney Kenneth L. Tucker, and Neeghrete Law Firm, Both of which are located in Phoenix, arizona.

WHEREFORE, Plaintiff Benton Gene Baskin request that the Court appoint Kansas Attorney Daniel E. Monnat, 200 W. Douglas Avenue, Wichita, Kansas 67202, or Kenneth L. Tucker, and/or Neeghrete Law Firm, a member of the Arizona Bar, as counsel in this case.

March 2, 2023

Date

Hutchinson Correctional Facility Central

P.O. Box 1568

Hutchinson, Kansas 67504

Benton G. Ba

Signature

3

EXHIBIT A

# Kansas Department of Corrections
## Account Withdrawal Request
### (Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| BASKIN, BENTON G. | 0052888 | H.C.F.CENTRAL | D-1/#215 | 10/21/2021 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

## Outgoing Funds/Donations

Payable To: _____
<br>Name

$ _____    _____
<br>Check Amount    Address

_____
<br>City, State, Zip

_____
<br>Purpose/Inmate Benefit Fund Group

| | Title of Publication* |
|---|---|
| | Frequency – (Circle One) |
| | Yearly Monthly Weekly Daily Other |
| | Number of Issues _____ |
| | Expiration Date _____ |
| | Publication Price _____ |
| | *Book, Magazine or News Paper (Per IMPP 11-101) |

I request the use of Forced Savings as provided in IMPP 04-103, for:
<br>(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

| (To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate) | CLERK, UNITED STATES DISTRICT COURT |
|---|---|---|
| $ 3.36 | | To: SANDRA DAY O'CONNOR U.S. COURTHOUSE, |
| Postage Amount | | Name  SUITE 130 |
| | ☐ Postage | 401 W. WASHINGTON ST., SPC 1 |
| | | Address |
| | ☒ Legal/Official Postage (Per K.A.R. 44-12-601) | PHOENIX, ARIZONA 85003-2118 |
| | | City, State, Zip |
| | ☐ Certified (Only if Funds are Available) | CIVIL RIGHTS COMPLAINT BY PRISONER |
| Verified By | | Reason |

| Benton G. Baskin   10/21/2021 | Roaw UTM 10/22/21 |
|---|---|
| Inmate Signature    Date | Unit Team Approval    Date |
| Request Receipt | |

| Handicraft Approval (If Applicable)    Date | Religious Approval (If Applicable)    Date |
|---|---|

| | ☐ Applies to Outgoing Funds Limit |
|---|---|
| | ☐ Does Not Apply to Outgoing Funds Limit |
| Exception Approval          Date | ☐ Use of Forced Savings Approval as requested above |

This withdrawal request is being returned for the following reason(s):

| ___ Insufficient Funds | ___ Payee Missing |
|---|---|
| ___ Signature Missing | ___ Insufficient Address |
| ___ Exceeds Spending Limit | ___ Amount Missing |
| ___ Incentive Level | ___ Name/Number – Do Not Match |
| ___ Envelope/Order/Stamp Missing | ___ Illegible Information |
| ___ Unauthorized Per IMPP/KAR _____ | ___ Other _____ |

Account Withdrawal Request
(Complete One Request per Form)
Attach letter and addressed/stamped envelope when required

| BASKIN, BENTON G. | 0052888 | H.C.F CENTRAL | D-1/#215 | 10/21/2021 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

## Outgoing Funds/Donations

Payable To:

_____
Name

_____
Address

_____
City, State, Zip

Check Amount $ _____

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

Title of Publication*
Frequency – (Check One)

Yearly Monthly Weekly Daily Other

Number of Issues _____
Expiration Date _____
Publication Price _____

*Book, Magazine or News Paper
(Per IMPP 11-101)

(To Be Completed by Mailroom)

**Postage** – (To Be Completed by Inmate) CLERK, UNITED STATES DISTRICT COURT
To SANDRA DAY O'CONNOR U.S. COURTHOUSE,
Name    SUITE 130
401 W. WASHINGTON ST., SPC 1
Address
PHOENIX, ARIZONA 85003-2118
City, State, Zip

CIVIL RIGHTS COMPLAINT BY PRISONER
Reason

☐ Postage
☐ Legal/Official Postage   $ _____ +
  (Per K.A.R. 44-12-601)
☐ Certified
(Only if Funds are Available)

_____   _____
Inmate Signature    Date        Unit Team Approval        Date

**Request Receipt**

_____   _____
    Date                           Date

Hall Draft Approval (If Applicable)    Date

Religious Approval (If Applicable)    Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

_____
Exception Approval    Date

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds                    ___ Payee Missing
___ Signature Missing                     ___ Insufficient Address
___ Exceeds Spending Limit                ___ Amount Missing
___ Incentive Level                       ___ Name/Number – Do Not Match
___ Envelope/Order/Stamps Missing         ___ Illegible Information
___ Unauthorized Per IMPP/KAR             ___ Other

_____   _____   _____
Account Processor                  Date Withdrawn              Acct. Use

1504e

RECEIVED
NOV 0 2 2021
HCF MAIL ROOM

RECEIVED
NOV 0 2 2021
HCF MAIL ROOM

BENTON G. BASKIN, I/M #52888
HUTCHINSON CORRECTIONAL FACILITY CENTRAL
P.O. BOX 1568
HUTCHINSON, KANSAS 67504


Hasler
11/02/2021
US POSTAGE $003.36²
ZIP 67501
011E11673229
FIRST-CLASS MAIL

LEGAL MAIL

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

7-25



## ABRASIONS / LACERATIONS

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** | BASKIN, BENTON G | **Inmate #:** 52888 - KDC | **DOB:** | 04/14/1970 |

| | | | | |
|---|---|---|---|---|
| **Facility Name:** | Saguaro | **Date:** 11/15/2019 | **Time:** | 01:25:20 PM |

*ATTENTION: IF A PROFESSIONAL JUDGMENT IS REQUIRED BEYOND YOUR SCOPE OF PRACTICE SET FORTH BY THE NURSING PRACTICE ACT OF YOUR STATE OR YOU HAVE QUESTIONS ABOUT HOW TO PROCEED, YOU MUST CONSULT WITH A HIGHER DISCIPLINE.*

### SUBJECTIVE (Check all that apply)

**\*\*\*NOTIFY MEDICAL PROVIDER IMMEDIATELY IF INMATES HAS NUMBNESS/CHANGE IN SENSATION, CYANOSIS, UNCONTROLLED BLEEDING, IMPAIRED RANGE OF MOTION AND/OR AN OBVIOUS DEFORMITY:**

*In cases of emergency call EMS - document all findings for an emergency on the Emergency Flowsheet 13-34A1*

1) Chief Complaint: (in patients own words)

"When I was transfered over here the cuffs cut my wrists. I would like it documented."

2) Were there any first aid measures provided at the scene of the injury?  ● No  ○ Yes

If yes, describe: "none"

3) Are you allergic to anything (e.g. medications, bee stings)?  ● No  ○ Yes

If yes, describe: NKDA

4) Type of injury  Abrasion

How did injury occur?  "Cuffs during transfer from Kansas"

Where did the injury occur?  ○ inside of facility - describe  NA

○ outside of facility -  Transfer

**(If injury has security implications/issues, notify shift supervisor or designee)**

5) Date of Injury: 10/23/19  Time of Injury: NA  ○ AM  ○ PM

6) Anatomical Location of Injury:  B/L wrist - lateral  (use anatomical form for description)

7) Do you have a history of any of the following?  ☐ hypertension  ☐ diabetes  ☐ poor circulation (PVD)

☐ bleeding disorder  ☐ other: NA

8) Are you experiencing any of the following?

☐ Pain: ○ No ○ Yes  On scale (1-10) NA  Change in sensation: ● No  ○ Yes

Describe: NA

SUBJECTIVE FINDINGS (continued): NA

**FINDINGS REQUIRING IMMEDIATE CONSULTATION WITH LICENSED INDEPENDENT PROVIDER (LIP):**

☐ Wound is severe/deep/requires sutures; bleeding is uncontrolled; laceration to face, ear, nose or eyelid; any stab wound

### OBJECTIVE (Check all that apply. Use space below for additional comments)

9) Vital Signs:  B/P: 118/80  Pulse: 78  Respirations: 16  Temperature: 98.0

Ht: 5'9  Wt: 218.2

10) Is patient on aspirin or anti-coagulants?  ● No  ○ Yes

If Yes, list NA

11) Type: Abrasion  Size: R4cmx1cm L3cmx1cm

Location: B/L wrist  Depth: 0  ○ cm  ○ in

| | | | | |
|---|---|---|---|---|
| **Signature:** Gottfredson, Marci | **Title:** RN | **Date:** 11/15/2019 | **Time:** 01:25:20 PM |

**OBJECTIVE continued:**

12) Character of Wound: ☑ clean ☐ dirty ☐ gapping ☐ dry ☐ weeping ☐ crusted ☐ redness
☐ imbedded/foreign material present ☐ swelling ☐ bruising/discoloration around injury

☐ associated deformity - `NA` ☐ other: `NA`

If extremities are effected, describe pulses distal to injury `NA`

Color of affected extremity `NA`

13) Active Bleeding/Drainage: ☑ No ☐ Yes, describe `NA`

14) Date of Last Tetanus: `NA` ☐ unknown CDCR sites: Refer to attachment 13-71 A2a

15) Is patient being followed in Chronic Care? ☑ No ☐ Yes

If Yes, list: `NA`

16) Has the patient been seen previously at sick call for this complaint? ☑ No ☐ Yes

If yes, list date(s): `NA`

**(Note: if the patient has been seen two or more times for this same complaint, referral to an LIP is necessary)**

17) Current Medications: ☑ Reviewed with patient - ☑ no issues

☐ issues: `NA`

OBJECTIVE FINDINGS (continued): `Well healing wounds: right 4cmX1cm, Left 3cmX1cm`

**FINDINGS REQUIRING IMMEDIATE CONSULTATION WITH LICENSED INDEPENDENT PROVIDER (LIP):**

☐ Temp < 96F or > 101F ☐ Resp. < 14 or > 24 ☐ Pulse < 50 or > 110 ☐ BP: sys < 90 or > 160 / dia > 100

☐ Signs of infection present (redness, tenderness, exudate, etc.) *in a diabetic;*

☐ Wound that edges do not approximate easily with Steri-Strips; laceration to the face, ear, nose or eyelid; any other
progressively worsening symptoms; if Tetanus injection is > 5 yrs; recurring bleeding

☐ Suspected cellulitis or MRSA

**ASSESSMENT:**

EXPLAIN ASSESSMENT DECISION RELATED TO CLINICAL FINDINGS, TO INCLUDE PHYSICAL ASSESSMENT:

Alteration in comfort

☐ Temp < 96F or > 101F ☐ Resp. < 14 or > 24 ☐ Pulse < 50 or > 110 ☐ BP: sys < 90 or > 160 / dia > 100

☐ Wound is severe/deep/requires sutures; bleeding is uncontrolled; laceration to the face, ear, nose, or eyelid; any stab wound.

☐ Signs of infection present (redness, tenderness, exudate, etc.) *in a diabetic*

☐ Wound that edges do not approximate easily with Steri-Strips; laceration to the face, ear, nose or eyelid; any other
progressively worsening symptoms; if Tetanus injection is > 5 yrs; recurring bleeding

☐ Suspected cellulitis or MRSA

| If LPN instructed to follow nursing intervention plan of care, consulted with: Name | `NA` |
|---|---|
| | Title: `NA` |

**Medical Provider/RN Notified Date:** `NA` **Time:** `NA` ☐ AM ☑ PM

**Emergency department notification time:** `NA` **Transport time:** `NA`

**Inmate Name:** `BASKIN, BENTON G` **Agency #:** `52888 -` **DOB:** `04/14/1970`

**Signature:** `Gottfredson, Marci` **Title:** `RN` **Date:** `11/15/2019` **Time:** `01:25:20 PM`

**ABRASIONS/LACERATIONS (continued)**

**ASSESSMENT continued:**

**Findings requiring urgent consultation with Licensed Independent Provider (LIP)**
- ☐ Signs of infection present (redness, tenderness, exudate, etc.)
- ☐ Draining wound

**Findings requiring routine consultation with Licensed Independent Provider (LIP)**
- ☐ If sutures/steri-strips were required OR off-site care was required, then schedule for a follow-up with the LIP
- ☐ Non-compliance with treatment.

**PLAN:**
- ☐ Consulted with: Name `NA`  Title: `NA`
- ☐ Orders received - ○ No ○ Yes
  - If Yes, list `NA`
- ☐ Low bunk given for `NA` (timeframe) due to nature and/or extent of injury - requires order
- ☐ Wound dressings - describe `NA` - requires order
- ☐ If patient has symptoms of MRSA, place in contact isolation, contact an LIP, and notify infectious disease nurse.
- ☐ Disposition -
  - ○ Emergent referral (immediately) ○ Urgent referral (within 24 hrs) ○ Routine referral (within 2 - 14 days) ○ None
  - ☐ Scheduled with Provider: Name `NA`  Title: `NA`
  - ☐ Return to clinic if symptoms worsen
- ☑ Patient Education -
  - ☑ Instructed to keep wound clean and dry, signs and symptoms of infection (redness, swelling, tenderness, and pus), follow-up sick call if no Improvement within 4 days, condition worsens or fever.
  - ☐ If Steri-Strips applied, leave in place until they wear off.
  - ☑ Inmate verbalizes understanding of instructions.

`NA`

- ☐ OTC Medication(s) [name, dose, route, frequency, duration] -
  - ☐ **Bacitracin Ointment -** Use topically as directed X 3 days
  - ☐ **Triple Antibiotic Ointment -** Use topically as directed X 3 days
  - ☐ **Tylenol 325 mg -** 2 tablets by mouth every 4 - 6 hours as needed
  - ☐ **Other:** `NA`

**PLAN (continued)** CDCR sites: Refer to attachment 13-71 A2a

Advised inmate to notify medical of worsening condition.

| Inmate Name: | BASKIN, BENTON G | Inmate #: | 52888 - KDC | DOB: | 04/14/1970 |
|---|---|---|---|---|---|
| Signature: | Gottfredson, Marci | Title: RN | Date: 11/15/2019 | Time: | 01:25:20 PM |

## SUBJECTIVE

See page 1

## OBJECTIVE

See page 2

## ASSESSMENT

See page 2

## PLAN

See page 3

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | BASKIN, BENTON G | **Inmate #:** | 52888 - | **DOB:** | 04/14/1970 |
| **Signature:** | Gottfredson, Marci | **Title:** RN | **Date:** 11/15/2019 | **Time:** | 01:25:20 PM |

# Facility Emergency Anatomical Form



☒ Inmate/Resident    ☐ Employee

Facility Name: Saguaro Correctional Center          Date: _11-15-19_   Time: _0643_

Name: (Last, First) _Baskin, B_          Agency # / Employee#: _KDC 52888_

Age: _49_   Race: _KDC_   Sex: ☒ male ☐ female   Time Notified: _0643_  Time Seen: _0643_

Place of Occurrence: _Medical_          Date/Time of Occurrence: _11-15-19_   @ _0643_

Reason for Report: ☐ injury ☐ on the job injury ☐ use of force ☐ pre-seg admission ☒ other: _NSC_

Mode of Arrival? ☐ wheelchair ☒ ambulatory ☐ on-site ☐ escorted by _NA_

Injuries Found? ☐ Yes ☒ No - If yes, use the appropriate code number on the figures above

| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | Other, list below | |
|---|---|---|---|---|---|---|---|
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | | 17 |
| Bruise/Discoloration | 3 | Chemical Spray Area | 9 | Swollen Area | 15 | | 18 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: _M. Gottfredson_
Time: _0643_
LIP Notified: _NA_
Time: _NA_
Form Completed By/Title:
Print/Sign _M Gottfredson, RN_

Chemical Spray Exposure? ☐Yes ☒No   Decontaminated? ☐ Yes ☒No   Self-decontamination instructions given? ☐ Yes ☒No
Refused Decontamination? ☐ Yes ☒No        Placed on every 15 minute respiratory checks? ☐ Yes ☒No
Brief Statement in subject's words of the circumstances of the occurrence: _NSC_

Comments: _____
Disposition: _Return to house_   Time: _0653_

EXHIBIT B



P.O. Box 1568
Hutchinson, KS 67504-1568

**Kansas**
Department of Corrections

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

2/28/23

Ms. Debra D. Lucas
District Court Executive/Clerk of Court
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Ms. Lucas:

Benton G. Baskin, I/M #52888, asked me to write this letter to explain why he will not be able to meet his March 6, 2023 deadline.

The Hutchinson Correctional Facility (HCF) IT Dept. found pornographic photos on two of the library computers that inmates use, so they are in the process of investigating how the photos were uploaded to the computers. The IT Dept. in Topeka told the IT Dept at HCF to remove Wordpad (text editor) from all of the law library computers. IT has said they will find an alternative to Wordpad, but no one knows how long that will take. Because Wordpad was removed from the law library computers, inmates no longer have a word processor to use so they have to type their legal work on typewriters. Inmates used to be able to copy information from Lexis/Nexis and paste it into a Wordpad document, but they can no longer do that. Mr. Baskin maintains that under those circumstances, he will be unable to meet his deadline of March 6, 2023.

Thank you!

Kathryn Androski, Librarian
HCF Central Library
Box 1568
Hutchinson, KS 67504-1568
620-625-7377
Kathryn.Androski@ks.gov



EXHIBIT C

INMATE NAME:  BASKIN, BENTON G

AGENCY #:  52888

PERM #:  267071

HOUSING:  K/A/04/L

| MAIL DATE | MAIL TO/FROM AND ADDRESS | MAIL TYPE |
|---|---|---|
| 10/12/2020 | KANSAS BAR ASSOCIATION, 1200 S.W HARRISON ST. TOPEKA, KS 66612-1816, | OUTGOING-LEGAL |
| 10/12/2020 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |
| 09/22/2020 | CLEK OF DISTRICT COURT, 525 N. MAIN , RM 1100 WICHITA, KS 67203-3794, | INCOMING-LEGAL |
| 09/04/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 07/28/2020 | KENNETH M. CLARK P.A., 301 W. CENTRAL WICHITA, KS 67202, | INCOMING-LEGAL |
| 07/27/2020 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |
| 07/27/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 07/13/2020 | OFFICE OF DISCIRPLINARY ADMIN, 701 JACKSON ST, TOPEKA, KS 63803, | INCOMING-LEGAL |
| 07/10/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 07/06/2020 | DISCIPLINARY ADMN, OFFICE, 701 JACKSON STREET, 1ST FLOOR TOPEKA, KS 66603-3729, | OUTGOING-LEGAL |
| 07/06/2020 | SEDWICK COUNTY SHERIFF OFFICE, 525 NORTH MAIN , SUITE 829 WITCHITA , KS 67203, | INCOMING-LEGAL |
| 07/01/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 06/26/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 06/26/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 06/23/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 06/04/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 05/08/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 04/29/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 03/16/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 03/09/2020 | KENNETH M. CLARK P.A., 301 W. CENTRAL WICHITA, KS 67202, | INCOMING-LEGAL |
| 03/05/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 02/21/2020 | CLEK OF DISTRICT COURT, 525 N. MAIN, RM 1100 WICHITA, KS 67203-3794, | INCOMING-LEGAL |
| 02/11/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 02/10/2020 | BUTLER & ASSOCIATES, 5835 SW 29TH STREET, SUITE 101 TOPEKA, KS 66614-5501, | INCOMING-LEGAL |
| 02/03/2020 | BUTLER & ASSOCIATES, 5835 SW 29TH STREET, SUITE 101 TOPEKA, KS 66614-5501, | INCOMING-LEGAL |
| 01/31/2020 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 01/27/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 01/16/2020 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 01/16/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 01/10/2020 | SANDRA DAY O'CONNOR, 401 W. WASHINGTON STREET, SPC-1 SUITE 130 PHOENIX, AZ 85003-2118, | INCOMING-LEGAL |
| 01/09/2020 | ATTORNEY KENNETH L. TUCKER, 1440 EAST MISSOURI AVE, CAR 150 PHOENIX, AZ 85014, | OUTGOING-LEGAL |
| 01/09/2020 | NEEHRETE LAW FIRM, 3001 NORTH CENTRAL AVE , #880 PHOENIX, AZ 85004, | OUTGOING-LEGAL |
| 12/23/2019 | SANDRA DAY O'CONNOR, 401 W. WASHINTON STREET, SUITE 130 , SPC-1 PHOENIX, AZ 85003, | OUTGOING-LEGAL |
| 12/17/2019 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 11/18/2019 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |
| 11/12/2019 | SANDRA DAY O'CONNOR, 401 W. WASHINGTON STREET, SPC-1 SUITE 130 PHOENIX, AZ 85003, | INCOMING-LEGAL |
| 11/12/2019 | LAW OFFICE OF CAMI R. BAKER & ASSOCIATES, 526 STATE STREET AUGUSTA, KS 67010, | INCOMING-LEGAL |
| 11/08/2019 | THE SUPREME COURT OF KANSAS, 301 S.W. 10TH AVE. TOPEKA, KANSAS 66612-1507, | INCOMING-LEGAL |
| 11/08/2019 | THE SUPREME COURT OF KANSAS, 301 S.W. 10TH AVE. TOPEKA, KANSAS 66612-1507, | INCOMING-LEGAL |
| 11/06/2019 | THE SUPREME COURT OF KANSAS, 301 S.W. 10TH AVE. TOPEKA, KANSAS 66612-1507, | INCOMING-LEGAL |

| MAIL DATE | MAIL TO/FROM AND ADDRESS | MAIL TYPE |
|---|---|---|
| 11/05/2019 | SANDRA DAY O'CONNOR, 401 W. WASHINTON STREET, SUITE 130 , SPC-1 PHOENIX, AZ 85003, | OUTGOING-LEGAL |
| 11/05/2019 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202 | OUTGOING-LEGAL |
| 11/01/2019 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 10/30/2019 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 10/30/2019 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |

**TOTAL ENTRIES: 45**

# Kansas Department of Corrections
## Account Withdrawal Request
### (Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| BASKIN, BENTON G. | 0052888 | H.C.F. CENTRAL | D-1/#215 | 10/21/2021 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

## Outgoing Funds/Donations

Payable To: _____

Name

$ _____    _____

Check Amount    Address

_____

City, State, Zip

_____

Purpose/Inmate Benefit Fund Group

| Title of Publication* |
|---|
| Frequency – (Circle One) |
| Yearly  Monthly  Weekly  Daily  Other |
| Number of Issues _____ |
| Expiration Date _____ |
| Publication Price _____ |
| *Book, Magazine or News Paper (Per IMPP 11-101) |

I request the use of Forced Savings as provided in IMPP 04-103, for:

(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

| (To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate) | CLERK, UNITED STATES DISTRICT COURT |
|---|---|---|
| | | To: SANDRA DAY O'CONNOR U.S. COURTHOUSE, |
| $ _3.36_ | ☐ Postage | Name  SUITE 130 |
| Postage Amount | | 401 W. WASHINGTON ST., SPC 1 |
| | ☒ Legal/Official Postage | Address |
| JT | (Per K.A.R. 44-12-601) | PHOENIX, ARIZONA 85003-2118 |
| | ☐ Certified | City, State, Zip |
| Verified By | (Only if Funds are Available) | CIVIL RIGHTS COMPLAINT BY PRISONER |
| | | Reason |

| Benton G. Baskin  10/21/2021 | Roan UTM 10/22/21 |
|---|---|
| Inmate Signature          Date | Unit Team Approval          Date |
| Request Receipt | |

| Handicraft Approval (If Applicable)    Date | Religious Approval (If Applicable)    Date |
|---|---|

| | ☐ Applies to Outgoing Funds Limit |
|---|---|
| | ☐ Does Not Apply to Outgoing Funds Limit |
| Exception Approval          Date | ☐ Use of Forced Savings Approval as requested above |

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds
___ Signature Missing
___ Exceeds Spending Limit
___ Incentive Level
___ Envelope/Order/Stamp Missing
___ Unauthorized Per IMPP/KAR _____

___ Payee Missing
___ Insufficient Address
___ Amount Missing
___ Name/Number – Do Not Match
___ Illegible Information
___ Other _____

Account Withdrawal Request
(Complete One Request per Form)
Attach letter and addressed/stamped envelope when required

| BASKIN, BENTON G. | 0052888 | H.C.F. CENTRAL | D-1/#215 | 10/21/2021 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

## Outgoing Funds/Donations

Payable To:

_____
Name

_____
Address

_____
City, State, Zip

Purpose/Inmate Benefit Fund Group

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

RECEIVED
NOV 02 2021
HCF MAIL ROOM

RECEIVED
NOV 02 2021
HCF MAIL ROOM

Title of Publication*
Frequency – (Circle One)
Yearly Monthly Weekly Daily Other

Number of Issues _____

Expiration Date _____

Publication Price _____

*Book, Magazine or News Paper
(Per IMPP 11-101)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

Postage – (To Be Completed by Inmate) CLERK, UNITED STATES DISTRICT COURT

To:SANDRA DAY O'CONNOR U.S. COURTHOUSE,
   Name    SUITE 130
   401 W. WASHINGTON ST., SPC 1
   Address
   PHOENIX, ARIZONA 85003-2118
   City, State, Zip

   CIVIL RIGHTS COMPLAINT BY PRISONER
   Reason

(To Be Completed by Mailroom)

$ 3.36
Postage Amount

$ +
Postage

☐ Postage
☒ Legal/Official Postage
   (Per K.A.R. 44-12-601)
☐ Certified
(Only if Funds are Available)

Verified By _____

Benton G Baskin 10/21/921
Inmate Signature          Date

Request Receipt _____
                 Date

Hall draft Approval (If Applicable) _____
                                    Date

Robin WIM 10/22/21
Unit Team Approval          Date

Religious Approval (If Applicable) _____
                                   Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval _____
                   Date

This withdrawal request is being returned for the following reason(s):

| | | |
|---|---|---|
| Insufficient Funds | | Payee Missing |
| Signature Missing | | Insufficient Address |
| Exceeds Spending Limit | | Amount Missing |
| Incentive Level | | Name/Number – Do Not Match |
| Envelope/Order/Stamp Missing | | Illegible Information |
| Unauthorized Per IMPP/KAR | | Other |

_____  _____  _____
Account Processor         Date Withdrawn          Acct. Use

15046

BENTON G. BASKIN, I/M #52888
HUTCHINSON CORRECTIONAL FACILITY CENTRAL
P.O. BOX 1568
HUTCHINSON, KANSAS 67504


Hasler
11/02/2021
US POSTAGE $003.36²
ZIP 67501
011E11673229

LEGAL MAIL

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118



## ABRASIONS / LACERATIONS

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | BASKIN, BENTON G | **Inmate #:** | 52888 - KDC | **DOB:** | 04/14/1970 |

| | | | | | |
|---|---|---|---|---|---|
| **Facility Name:** | Saguaro | **Date:** | 11/15/2019 | **Time:** | 01:25:20 PM |

*ATTENTION: IF A PROFESSIONAL JUDGMENT IS REQUIRED BEYOND YOUR SCOPE OF PRACTICE SET FORTH BY THE NURSING PRACTICE ACT OF YOUR STATE OR YOU HAVE QUESTIONS ABOUT HOW TO PROCEED, YOU MUST CONSULT WITH A HIGHER DISCIPLINE.*

### SUBJECTIVE (Check all that apply)

**\*\*\*NOTIFY MEDICAL PROVIDER IMMEDIATELY IF INMATES HAS NUMBNESS/CHANGE IN SENSATION, CYANOSIS, UNCONTROLLED BLEEDING, IMPAIRED RANGE OF MOTION AND/OR AN OBVIOUS DEFORMITY:**

*In cases of emergency call EMS - document all findings for an emergency on the Emergency Flowsheet 13-34A1*

1) Chief Complaint: (in patients own words)
"When I was transfered over here the cuffs cut my wrists. I would like it documented."

2) Were there any first aid measures provided at the scene of the injury?    ⦿ No    ◯ Yes
   If yes, describe:    "none"

3) Are you allergic to anything (e.g. medications, bee stings)?    ⦿ No    ◯ Yes
   If yes, describe:    NKDA

4) Type of injury    Abrasion
   How did injury occur?    "Cuffs during transfer from Kansas"
   Where did the injury occur?    ◯ inside of facility- describe    NA
                                  ◯ outside of facility -    Transfer
   **(If injury has security implications/issues, notify shift supervisor or designee)**

5) Date of Injury:    10/23/19    Time of Injury:    NA    ◯ AM    ◯ PM

6) Anatomical Location of Injury:    B/L wrist - lateral    (use anatomical form for description)

7) Do you have a history of any of the following?    ☐ hypertension  ☐ diabetes  ☐ poor circulation (PVD)
   ☐ bleeding disorder    ☐ other:    NA

8) Are you experiencing any of the following?
   ☐ Pain:  ◯ No  ◯ Yes    On scale (1-10)    NA    Change in sensation:  ⦿ No  ◯ Yes
   Describe:    NA
   SUBJECTIVE FINDINGS (continued):    NA

**FINDINGS REQUIRING IMMEDIATE CONSULTATION WITH LICENSED INDEPENDENT PROVIDER (LIP):**
☐ Wound is severe/deep/requires sutures; bleeding is uncontrolled; laceration to face, ear, nose or eyelid; any stab wound

### OBJECTIVE (Check all that apply. Use space below for additional comments)

9) Vital Signs:  B/P:  118/80    Pulse:  78    Respirations:  16    Temperature:  98.0
   Ht:  5'9    Wt:  218.2

10) Is patient on aspirin or anti-coagulants?    ⦿ No    ◯ Yes
    If Yes, list    NA

11) Type:    Abrasion    Size:    R4cmx1 cm L3cmx1 cm
    Location:    B/L wrist    Depth:    0    ◯ cm  ◯ in

| | | | | | |
|---|---|---|---|---|---|
| **Signature:** | Gottfredson, Marci | **Title:** RN | **Date:** | 11/15/2019 | **Time:** 01:25:20 PM |

**OBJECTIVE continued:**

12) Character of Wound:  ☑ clean  ☐ dirty  ☐ gapping  ☐ dry  ☐ weeping  ☐ crusted  ☐ redness
☐ imbedded/foreign material present  ☐ swelling  ☐ bruising/discoloration around injury

☐ associated deformity- `NA`  ☐ other: `NA`

If extremities are effected, describe pulses distal to injury `NA`

Color of affected extremity `NA`

13) Active Bleeding/Drainage:  ◉ No  ○ Yes, describe  `NA`

14) Date of Last Tetanus: `NA`  ☐ unknown  CDCR sites: Refer to attachment 13-71 A2a

15) Is patient being followed in Chronic Care?  ◉ No  ○ Yes

If Yes, list: `NA`

16) Has the patient been seen previously at sick call for this complaint?  ◉ No  ○ Yes

If yes, list date(s): `NA`

**(Note: if the patient has been seen two or more times for this same complaint, referral to an LIP is necessary)**

17) Current Medications:  ☑ Reviewed with patient-  ◉ no issues
○ issues: `NA`

OBJECTIVE FINDINGS (continued): `Well healing wounds: right 4cmX1cm, Left 3cmX1cm`

**FINDINGS REQUIRING IMMEDIATE CONSULTATION WITH LICENSED INDEPENDENT PROVIDER (LIP):**

☐ Temp < 96F or > 101F  ☐ Resp. < 14 or > 24  ☐ Pulse < 50 or > 110  ☐ BP: sys < 90 or > 160 / dia > 100

☐ Signs of infection present (redness, tenderness, exudate, etc.)  *in a diabetic:*

☐ Wound that edges do not approximate easily with Steri-Strips; laceration to the face, ear, nose or eyelid; any other progressively worsening symptoms; if Tetanus injection is > 5 yrs; recurring bleeding

☐ Suspected cellulitis or MRSA

**ASSESSMENT:**

EXPLAIN ASSESSMENT DECISION RELATED TO CLINICAL FINDINGS, TO INCLUDE PHYSICAL ASSESSMENT:

Alteration in comfort

☐ Temp < 96F or > 101F  ☐ Resp. < 14 or > 24  ☐ Pulse < 50 or > 110  ☐ BP: sys < 90 or > 160 / dia > 100
☐ Wound is severe/deep/requires sutures; bleeding is uncontrolled; laceration to the face, ear, nose, or eyelid; any stab wound.

☐ Signs of infection present (redness, tenderness, exudate, etc.)  *in a diabetic*
☐ Wound that edges do not approximate easily with Steri-Strips; laceration to the face, ear, nose or eyelid; any other progressively worsening symptoms; if Tetanus injection is > 5 yrs; recurring bleeding
☐ Suspected cellulitis or MRSA

If LPN instructed to follow nursing intervention plan of care, consulted with: Name `NA`

Title: `NA`

**Medical Provider/RN Notified Date:** `NA`  Time: `NA`  ○ AM  ◉ PM

**Emergency department notification time:** `NA`  Transport time: `NA`

**Inmate Name:** `BASKIN, BENTON G`  Agency #: `52888 - KDO`  DOB: `04/14/1970`

**Signature:** `Gottfredson, Marci`  Title: `RN`  Date: `11/15/2019`  Time: `01:25:20 PM`

## ABRASIONS/LACERATIONS (continued)

**ASSESSMENT continued:**

**Findings requiring urgent consultation with Licensed Independent Provider (LIP)**
- ☐ Signs of infection present (redness, tenderness, exudate, etc.)
- ☐ Draining wound

**Findings requiring routine consultation with Licensed Independent Provider (LIP)**
- ☐ If sutures/steri-strips were required OR off-site care was required, then schedule for a follow-up with the LIP
- ☐ Non-compliance with treatment.

**PLAN:**

- ☐ Consulted with: Name [NA]  Title: [NA]
- ☐ Orders received - ○ No ○ Yes
  - If Yes, list [NA]
- ☐ Low bunk given for [NA]  (timeframe) due to nature and/or extent of injury- requires order
- ☐ Wound dressings - describe [NA]  - requires order
- ☐ If patient has symptons of MRSA, place in contact isolation, contact an LIP, and notify infectious disease nurse.
- ☐ Disposition -
  - ○ Emergent referral (immediately)  ○ Urgent referral (within 24 hrs)  ○ Routine referral (within 2 - 14 days)  ○ None
  - ☐ Scheduled with Provider: Name [NA]  Title: [NA]
  - ☐ Return to clinic if symptoms worsen
- ☑ Patient Education -
  - ☑ Instructed to keep wound clean and dry, signs and symptoms of infection (redness, swelling, tenderness, and pus), follow-up sick call if no improvement within 4 days, condition worsens or fever.
  - ☐ If Steri-Strips applied, leave in place until they wear off.
  - ☑ Inmate verbalizes understanding of instructions.

  [NA]

- ☐ OTC Medication(s) [name, dose, route, frequency, duration] -
  - ☐ **Bacitracin Ointment -**  Use topically as directed X 3 days
  - ☐ **Triple Antibiotic Ointment -**  Use topically as directed X 3 days
  - ☐ **Tylenol 325 mg -**  2 tablets by mouth every 4 - 6 hours as needed
  - ☐ **Other:** [NA]

**PLAN (continued)**  CDCR sites: Refer to attachment 13-71 A2a

Advised inmate to notify medical of worsening condition.

| Inmate Name: | BASKIN, BENTON G | Inmate #: | 52888 - KDC | DOB: | 04/14/1970 |
|---|---|---|---|---|---|

| Signature: | Gottfredson, Marci | Title: | RN | Date: | 11/15/2019 | Time: | 01:25:20 PM |
|---|---|---|---|---|---|---|---|

04/04/18

  Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic

## SUBJECTIVE

See page 1

## OBJECTIVE

See page 2

## ASSESSMENT

See page 2

## PLAN

See page 3

| Inmate Name: | BASKIN, BENTON G | | Inmate #: | 52888 -<br>KDC | DOB: | 04/14/1970 |
|---|---|---|---|---|---|---|
| Signature: | Gottfredson, Marci | Title: RN | Date: | 11/15/2019 | Time: | 01:25:20 PM |

13-34A2

# Facility Emergency Anatomical Form



☒ Inmate/Resident   ☐ Employee
Facility Name: Saguaro Correctional Center          Date: 11-15-19   Time: 0043

Name: (Last, First) Baskin, B          Agency # / Employee#: KDC 52888

Age: 49   Race: KDC   Sex: ☒ male ☐ female   Time Notified: 0043   Time Seen: 0043

Place of Occurrence: Medical          Date/Time of Occurrence: 11-15-19 @ 0043

Reason for Report: ☐ injury ☐ on the job injury ☐ use of force ☐ pre-seg admission ☒ other: NSC

Mode of Arrival? ☐ wheelchair ☒ ambulatory ☐ on-site ☐ escorted by NA

Injuries Found? ☐ Yes ☐ No - If yes, use the appropriate code number on the figures above

| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | Other, list below | |
|---|---|---|---|---|---|---|---|
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | | 17 |
| Bruise/Discoloration | 3 | Chemical Spray Area | 9 | Swollen Area | 15 | | 18 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: M. Gottfredson
Time: 0043
LIP Notified: NA
Time: NA
Form Completed By/Title:
Print/Sign M. Gottfredson RN

Chemical Spray Exposure? ☐Yes ☒No   Decontaminated? ☐ Yes ☒No   Self-decontamination instructions given? ☐ Yes ☒No
Refused Decontamination? ☐ Yes ☒No   Placed on every 15 minute respiratory checks? ☐ Yes ☒No
Brief Statement in subject's words of the circumstances of the occurrence: NSC

Comments:
Disposition: Return to house   Time: 0653

10/10/12

INMATE NAME: BASKIN, BENTON G

AGENCY #: 52888

PERM #: 267071

HOUSING: K/A/04/L

| MAIL DATE | MAIL TO/FROM AND ADDRESS | MAIL TYPE |
|---|---|---|
| 10/12/2020 | KANSAS BAR ASSOCIATION, 1200 S.W HARRISON ST. TOPEKA, KS 66612-1816, | OUTGOING-LEGAL |
| 10/12/2020 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |
| 09/22/2020 | CLEK OF DISTRICT COURT, 525 N. MAIN , RM 1100 WICHITA, KS 67203-3794, | INCOMING-LEGAL |
| 09/04/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203 | OUTGOING-LEGAL |
| 07/28/2020 | KENNETH M. CLARK P.A, 301 W. CENTRAL WICHITA, KS 67202, | INCOMING-LEGAL |
| 07/27/2020 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |
| 07/27/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 07/13/2020 | OFFICE OF DISCIPLINARY ADMIN, 701 JACKSON ST, TOPEKA, KS 66603, | INCOMING-LEGAL |
| 07/10/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA, KS 67203-3794, | INCOMING-LEGAL |
| 07/06/2020 | DISCIPLINARY ADMN, OFFICE, 701 JACKSON STREET, 1ST FLOOR TOPEKA, KS 66603-3729, | OUTGOING-LEGAL |
| 07/06/2020 | SEDWICK COUNTY SHERIFF OFFICE, 525 NORTH MAIN , SUITE 829 WITCHITA , KS 67203, | INCOMING-LEGAL |
| 07/01/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 06/26/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 06/26/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 06/23/2020 | EIGHTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 06/04/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 05/08/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA, KS 67203-3794, | INCOMING-LEGAL |
| 04/29/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 03/16/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 03/09/2020 | KENNETH M. CLARK P.A, 301 W. CENTRAL WICHITA, KS 67202, | INCOMING-LEGAL |
| 03/06/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 02/21/2020 | CLEK OF DISTRICT COURT, 525 N. MAIN , RM 1100 WICHITA, KS 67203-3794, | INCOMING-LEGAL |
| 02/11/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 02/10/2020 | BUTLER & ASSOCIATES, 5835 SW 29TH STREET, SUITE 101 TOPEKA, KS 66614-5501, | INCOMING-LEGAL |
| 02/03/2020 | BUTLER & ASSOCIATES, 5835 SW 29TH STREET, SUITE 101 TOPEKA, KS 66614-5501, | INCOMING-LEGAL |
| 01/31/2020 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 01/27/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA, KS 67203-3794, | INCOMING-LEGAL |
| 01/16/2020 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 01/16/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 01/10/2020 | SANDRA DAY O'CONNOR, 401 W. WASHINGTON STREET, SPC-1 SUITE 130 PHOENIX, AZ 85003-2118, | INCOMING-LEGAL |
| 01/09/2020 | ATTORNEY KENNETH L. TUCKER, 1440 EAST MISSOURI AVE, CAR 150 PHOENIX, AZ 85014, | OUTGOING-LEGAL |
| 01/09/2020 | NEEHRETE LAW FIRM, 1001 NORTH CENTRAL AVE , #880 PHOENIX, AZ 85004, | OUTGOING-LEGAL |
| 12/23/2019 | SANDRA DAY O'CONNOR, 401 W. WASHINTON STREET, SUITE 130 , SPC-1 PHOENIX, AZ 85003, | OUTGOING-LEGAL |
| 12/17/2019 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 11/18/2019 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |
| 11/12/2019 | SANDRA DAY O'CONNOR, 401 W. WASHINGTON STREET, SPC-1 SUITE 130 PHOENIX, AZ 85003-2118, | INCOMING-LEGAL |
| 11/12/2019 | LAW OFFICE OF CAMI R. BAKER & ASSOCIATES, 526 STATE STREET AUGUSTA, KS 67010, | INCOMING-LEGAL |
| 11/08/2019 | THE SUPREME COURT OF KANSAS, 301 S.W. 10TH AVE. TOPEKA, KANSAS 66612-1507, | INCOMING-LEGAL |
| 11/08/2019 | THE SUPREME COURT OF KANSAS, 301 S.W. 10TH AVE. TOPEKA, KANSAS 66612-1507, | INCOMING-LEGAL |
| 11/05/2019 | THE SUPREME COURT OF KANSAS, 301 S.W. 10TH AVE. TOPEKA, KANSAS 66612-1507, | INCOMING-LEGAL |

| MAIL DATE | MAIL TO/FROM AND ADDRESS | MAIL TYPE |
|---|---|---|
| 11/05/2019 | SANDRA DAY O'CONNOR, 401 W. WASHINTON STREET, SUITE 130 , SPC-1 PHOENIX, AZ 85003, | OUTGOING-LEGAL |
| 11/05/2019 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |
| 11/01/2019 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 10/30/2019 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 10/30/2019 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |

**TOTAL ENTRIES: 45**