Daniel P. Struck, Bar No. 012377
Dana M. Keene, Bar No. 033619
Courtney Lacaillade, Bar No. 035573
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
dkeene@strucklove.com
clacaillade@strucklove.com

*Attorneys for Defendant Westbrook*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Benton Gene Baskin, | NO. CV 21-01890-PHX-SPL (JFM) |
|---|---|
| Plaintiff, | **DEFENDANT WESTBROOK'S NOTICE OF NON-OPPOSITION TO PLAINTIFF BASKIN'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS DEFENDANT WESTBROOK'S MOTION TO DISMISS (Dkt. 31)** |
| v. | |
| Todd Thomas, et al., | |
| Defendants. | |

Defendant Westbrook, through counsel, has no objection to Plaintiff's request for an extension of time to file a response to Defendant Westbrook's Motion to Dismiss.

DATED this 14th day of March, 2023.

                        STRUCK LOVE BOJANOWSKI & ACEDO, PLC


                        By   /s/ Courtney Lacaillade
                            Daniel P. Struck
                            Dana M. Keene
                            Courtney Lacaillade
                            3100 West Ray Road, Suite 300
                            Chandler, Arizona 85226

                            *Attorneys for Defendant Westbrook*

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

Benton Gene Baskin, #52888
HUTCHINSON-KS-HUTCHINSON
D-1/#215
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504

*Plaintiff Pro Se*

/s/ Courtney Lacaillade