# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Benton Gene Baskin,
Plaintiff
-vs-
Todd Thomas, et al.,
Defendants.

CV-21-1890-PHX-SPL (JFM)

**Order**

Plaintiff seeks 30-day, second extensions of the March 6, 2023 deadline to respond to Defendants Diaz and Giaboian's Motion to Dismiss (Doc. 21) and Defendant Westbrook's Motion to Dismiss (Doc. 20), citing as cause interruptions in Plaintiff's ability to access the law library computers due prison investigations and changes in technology. (Motions to Extend, Docs. 30, 31.)

Plaintiff's motions were received and docketed on March 7, 2023. Under the prison mailbox rule, a prisoner's filings are deemed "filed" at the time they are delivered to prison officials for mailing. *See Stillman v. LaMarque*, 319 F.3d 1199 (9th Cir. 2003). Here, Plaintiff provides no evidence of delivery to prison officials for mailing. Instead, his certificates indicate his filings were "deposit[ed]…in the United States Mail." (Doc. 30 at 3; Doc. 31 at 3.) Accordingly, the filings were untimely and would be subject to the excusable neglect standard.

However, no response has been timely filed, and the Court deems such lack of response a consent to the granting of the motion. LRCiv. 7.2(i).

The Court observes that these motions have now been pending since January 3, 2023. Plaintiff is cautioned that further extensions are unlikely to be granted.

**IT IS THEREFORE ORDERED**:

(A) Plaintiff's Motion to Extend (Doc. 30) is **GRANTED**.

- 1 -

(B) Plaintiff has through **April 5, 2023** to respond to Defendants Diaz and Giaboian's Motion to Dismiss or in the alternative to Transfer (Doc. 21).

(C) Plaintiff's Motion to Extend (Doc. 31) is **GRANTED**.

(D) Plaintiff has through **April 5, 2023** to respond to Defendants Westbrook's Motion to Dismiss (Doc. 20).

Dated: March 24, 2023

21-1890-030o Order 23 03 23 on Motion to Extend.docx

James F. Metcalf
United States Magistrate Judge