Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility Central
P.O. Box 1568
Hutchinson, Kansas 67504
Phone: (620)-662-2321
Fax: (620)-728-3473
E-mail: www.gettingout.com
Plaintiff-Civil Rights Complainant Pro se



UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Benton Gene Baskin,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Todd Thomas, et al.,<br><br>　　　　　Defendants. | CASE NO: CV-21-01890-PHX-SPL(JFM)<br><br>PLAINTIFF BASKIN'S<br>MOTION FOR APPOINTMENT<br>OF COUNSEL |

　　　Plaintiff Baskin moves for an order appointing counsel pursuant to 28 U.S.C. § 1915(e)(1) to represent him in this case. In support of this motion Plaintiff Baskin states:

I.　　BACKGROUND

　　　1.　　Plaintiff Baskin is unable to afford counsel and has made repeated efforts to obtain a lawyer pro bono. See Exhibit A (CoreCivic Saguaro Correctional Center Inmate Mail History - Entrie(s) 01/09/2020). Additionally Plaintiff Baskin has previously requested appointment of counsel (Doc. 3), and the second (2nd) motion for appointment of counsel was denied without prejudice (Doc. 29). This is the Plaintiff's third (3rd) request for appointment of counsel.

　　　2.　　Plaintiff Baskin's imprisonment will greatly limit his ability to litigate. The Issues involved in this case are complex and will require significant research and investigation. Further Baskin is a pro se litigant and is not in a position to easily obtain discovery and/or investigate the facts

necessary to support his case.

3. Plaintiff Baskin has limited access to the Hutchinson Correctional Facility Central Unit ("HCF-CU") Law Library and limited knowledge of the law. Additionally the Law Library currently has not made the necessary provisions to make Word Pad and Lexis/Nexis available for Plaintiff Baskin to adequately respond to the pending Defendants Motion to Dismiss, and access the Court, forcing Baskin to submit a deficient Response and Motion to Dismiss Defendants Westbrook's, Giaboian and Diaz Motion to Dismiss. See Exhibit B (Kansas Department of Corrections Law Library Supervisor). Further the Kansas Department of Corrections ("KDOC") has implemented photo copying My Original Copy from the United States District Court and providing Baskin with a photo copy and shredding the Original which is an violation of My Constitutional Right and an intrusion upon My Legal Mail pursuant to K.A.R. 44-12-601 1(A)(B).

4. A trial in this case will likely involve conflicting testimony and counsel would better enable Plaintiff Baskin to present evidence and cross examine witnesses.

5. Plaintiff Baskin is likely to succeed on the merits of his case and need assistance to articulate his claims in light of the complexity of the legal issues involved. See Agyeman v. Corrections Corp. of America, 390 F.3d 1101, 1103 (9th Cir. 2004) (citations and internal qoutations omitted).

II. MEMORANDUM OF POINTS AND AUTHORITIES

Appointment of counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1) requires "exceptional circumstances." See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) (citing former 28 U.S.C. § 1915(d) (1996)) overruled on other grounds. 154 F.3d 952 (1998). To decide whether exceptional circumstances exist, the Court must evaluate "both 'the likelihood of success on the merits [and] the ability of the Plaintiff to articulate his claims pro se

in light of the complexity of the legal issues involved." Wilborn v. ES Calderon, 789 F.2d 1328, 1331 (9th Cir. 1986) (quoting Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983)).

Here, Defendants Giaboian and Diaz through--counsel filed a Fed. R. Civ. P. 12(b) motion to dismiss based on an allegation of Plaintiff's failure to exhaust administrative remedies, the motion is closely analogous to a motion for a summary judgment and if the district court looks beyond the pleadings in deciding the motion, the district court must assure that a pro se prisoner plaintiff has fair notice of his opportunity to develope a record. This Court has stated that Defendants argument on failure to exhaust is improperly brought on a motion to dismiss. Additionally an unenumerated motion under Fed. R. Civ. P. 12(b) is not the appropriate procedural device for pretrial determination of whether administrative remedies have been exhausted under the Prison Litigation Reform Act (PLRA) 42 U.S.C.S § 1997e(a). See Albino v. Baca, 747 F.3d 1162 (9th Cir. 2014). Further, the reasons for requiring such notice are the same as the reasons for requiring a Rand notice for motion for summary judgment. Which includes the complexity of the summary judgment rule and the lack of sophistication of the pro se prisoner. A motion to dismiss for failure to exhaust administrative remedies is also complex, and a pro se prisoner lacking sophistication is unliely to respond to a motion to dismiss for failure to exhaust for administrative remedies.

Plaintiff Baskin is likely to succeed on the merits of his case, as TransCor of America has a policy or custom to protect prisoners under their care and custody, Defendant Westbrook's violation of the policy, practice, or custom deprived Plaintiff Baskin of his Eighth Amendment Right of threat to safety and failure to protect which amounted to deliberate indifference to

Baskin's Constitutional Right. See Bell v. Wolfish, 441 U.S. 520, 535, 99 S. Ct. 1861 60 L. Ed. 2d 447 & n. 16 (1979).

Plaintiff Baskin, was transported via TransCor on December 2020, back to the Kansas Department of Corrections ("KDOC") whereupon an caucasian Officer of TransCor, provided Plaintiff Baskin with the proper wrist restraints and took a photo of Baskin with documentation of the issuance of larger wrist restraints.

This Court asserts that Plaintiff Baskin sufficiently alleges facts to support that Defendants Giaboian, Diaz, and Westbrook acted with deliberate indifference to Plaintiff Baskin's safety by repeatedly failing to adjust Plaintiff's restraints for hours (Doc. 14).

III. CONCLUSION

For these reasons, Plaintiff Baskin respectfully request this Court to decide that "exceptional circumstances" exist and find that Plaintiff has a likelihood of success on the merits of his case, warranting appointment of counsel to represent him in this case.

DATED this 20th day of May 2023

BENTON GENE BASKIN

By /s/ Benton G. Baskin
Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility Central
P.O. Box 1568
Hutchinson, Kansas 67504
Plaintiff-Civil Rights Complainant Pro se

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 20 23. a true and correct copy of the above and foregoing Plaintiff Baskin's Motion for Appointment of Counsel, was made by depositing the same in the United States Mail, postage prepaid addressed to the following:

Debra D. Lucas
District Court Executive/Clerk
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington St., SPC 1
Phoenix, Arizona 85003-2118

Struck Love Bojanowski & Acedo, PLC
Daniel P. Struck, Bar No. 012377
Dana M. Keene, Bar No. 033619
Courtney Lacaillade, Bar No. 035573
3100 West Ray Road, Suite 300
Chadler, Arizona 85220
Attorneys for Defendant Westbrook

Matthew L. Shoger, KS No. 28151
Assistant Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Attorney for Defendants Giaboian & Diaz

_____
Benton Gene Baskin, I/M #52888
Plaintiff-Civil Rights Complainant Pro se

EXHIBIT A

CORECIVIC SAGUARO CORRECTIONAL CENTER
INMATE MAIL HISTORY

INMATE NAME: BASKIN, BENTON G
AGENCY #: 52888
PERM #: 267071
HOUSING: K/A/04/L

| MAIL DATE | MAIL TO/FROM AND ADDRESS | MAIL TYPE |
|---|---|---|
| 10/12/2020 | KANSAS BAR ASSOCIATION, 1200 S.W HARRISON ST. TOPEKA, KS 66612-1816, | OUTGOING-LEGAL |
| 10/12/2020 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |
| 09/22/2020 | CLEK OF DISTRICT COURT, 525 N. MAIN , RM 1100 WICHITA, KS 67203-3794, | INCOMING-LEGAL |
| 09/04/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 07/28/2020 | KENNETH M. CLARK P.A., 301 W. CENTRAL WICHITA, KS 67202, | INCOMING-LEGAL |
| 07/27/2020 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |
| 07/27/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 07/13/2020 | OFFICE OF DISCIPLINARY ADMIN., 701 JACKSON ST, TOPEKA, KS 66603, | INCOMING-LEGAL |
| 07/10/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 07/06/2020 | DISCIPLINARY ADMN. OFFICE, 701 JACKSON STREET, 1ST FLOOR TOPEKA, KS 66603-3729, | OUTGOING-LEGAL |
| 07/06/2020 | SEDWICK COUNTY SHERIFF OFFICE, 525 NORTH MAIN , SUITE 829 WITCHITA , KS 67203, | INCOMING-LEGAL |
| 07/01/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 06/26/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 06/26/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 06/23/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 06/04/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 05/08/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 04/29/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 03/16/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 03/09/2020 | KENNETH M. CLARK P.A., 301 W. CENTRAL WICHITA, KS 67202, | INCOMING-LEGAL |
| 03/06/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 02/21/2020 | CLEK OF DISTRICT COURT, 525 N. MAIN , RM 1100 WICHITA, KS 67203-3794, | INCOMING-LEGAL |
| 02/11/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 02/10/2020 | BUTLER & ASSOCIATES, 5835 SW 29TH STREET, SUITE 101 TOPEKA, KS 66614-5501, | INCOMING-LEGAL |
| 02/03/2020 | BUTLER & ASSOCIATES, 5835 SW 29TH STREET, SUITE 101 TOPEKA, KS 66614-5501, | INCOMING-LEGAL |
| 01/31/2020 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 01/27/2020 | EIGTEENTH JUDICIAL DISTRICT, 525 NORTH MAIN WITCHITA , KS 67203-3794, | INCOMING-LEGAL |
| 01/16/2020 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 01/16/2020 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 01/10/2020 | SANDRA DAY O'CONNOR, 401 W. WASHINGTON STREET, SPC-1 SUITE 130 PHOENIX, AZ 85003-2118, | INCOMING-LEGAL |
| 01/09/2020 | ATTORNEY KENNETH L. TUCKER, 1440 EAST MISSOURI AVE, CAR 150 PHOENIX, AZ 85014, | OUTGOING-LEGAL |
| 01/09/2020 | NEEHRETE LAW FIRM, 1001 NORTH CENTRAL AVE , #660 PHOENIX, AZ 85004, | OUTGOING-LEGAL |
| 12/23/2019 | SANDRA DAY O'CONNOR, 401 W. WASHINTON STREET, SUITE 130 , SPC-1 PHOENIX, AZ 85003, | OUTGOING-LEGAL |
| 12/17/2019 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 11/18/2019 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | INCOMING-LEGAL |
| 11/12/2019 | SANDRA DAY O'CONNOR, 401 W. WASHINGTON STREET, SPC-1 SUITE 130 PHOENIX, AZ 85003-2118, | INCOMING-LEGAL |
| 11/12/2019 | LAW OFFICE OF CAMI R. BAKER & ASSOCIATES, 526 STATE STREET AUGUSTA, KS 67010, | INCOMING-LEGAL |
| 11/08/2019 | THE SUPREME COURT OF KANSAS, 301 S.W. 10TH AVE. TOPEKA, KANSAS 66612-1507, | INCOMING-LEGAL |
| 11/08/2019 | THE SUPREME COURT OF KANSAS, 301 S.W. 10TH AVE. TOPEKA, KANSAS 66612-1507, | INCOMING-LEGAL |
| 11/06/2019 | THE SUPREME COURT OF KANSAS, 301 S.W. 10TH AVE. TOPEKA, KANSAS 66612-1507, | INCOMING-LEGAL |

| MAIL DATE | MAIL TO/FROM AND ADDRESS | MAIL TYPE |
|---|---|---|
| 11/05/2019 | SANDRA DAY O'CONNOR, 401 W. WASHINTON STREET, SUITE 130 , SPC-1 PHOENIX, AZ 85003, | OUTGOING-LEGAL |
| 11/05/2019 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |
| 11/01/2019 | EIGHTEENTH JUDICIAL COURT, 525 N. MAIN STREET WICHITA, KS 67203, | OUTGOING-LEGAL |
| 10/30/2019 | KANSAS JUDICIAL CENTER, 301 S.W. 10TH AVE TOPEKA, KS 66612-1507, | OUTGOING-LEGAL |
| 10/30/2019 | ATTORNEY KENNETH M. CLARK, 301 W. CENTRAL WICHITA, KS 67202, | OUTGOING-LEGAL |

**TOTAL ENTRIES: 45**

EXHIBIT B

KANSAS DEPARTMENT OF CORRECTIONS
LAW LIBRARY SUPERVISOR

P.O. Box 1568
Hutchinson, KS 67504-1568

**Kansas**
Department of Corrections

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

2/28/23

Ms. Debra D. Lucas
District Court Executive/Clerk of Court
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Ms. Lucas:

Benton G. Baskin, I/M #52888, asked me to write this letter to explain why he will not be able to meet his March 6, 2023 deadline.

The Hutchinson Correctional Facility (HCF) IT Dept. found pornographic photos on two of the library computers that inmates use, so they are in the process of investigating how the photos were uploaded to the computers. The IT Dept. in Topeka told the IT Dept at HCF to remove Wordpad (text editor) from all of the law library computers. IT has said they will find an alternative to Wordpad, but no one knows how long that will take. Because Wordpad was removed from the law library computers, inmates no longer have a word processor to use so they have to type their legal work on typewriters. Inmates used to be able to copy information from Lexis/Nexis and paste it into a Wordpad document, but they can no longer do that. Mr. Baskin maintains that under those circumstances, he will be unable to meet his deadline of March 6, 2023.

Thank you!


Kathryn Androski, Librarian
HCF Central Library
Box 1568
Hutchinson, KS 67504-1568
620-625-7377
Kathryn.Androski@ks.gov