IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Benton Gene Baskin, | ) | No. CV-21-01890-PHX-SPL (JFM) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Todd Thomas, et al., | ) | |
| Defendants. | ) | |

In light of the Court's August 9, 2023 Order (Doc. 44),

**IT IS ORDERED** that the Court's August 14, 2023 Order (Doc. 45) and the Clerk's Judgment (Doc. 46) are **vacated**.

**IT IS FURTHER ORDERED** that Plaintiff's deadline to respond to the Order to Show Cause (Doc. 40) remains **August 21, 2023**.

Dated this 17th day of August, 2023.

Honorable Steven P. Logan
United States District Judge