Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility East Unit - E2/#271
P.O. Box 1568
Hutchinson, Kansas 67504
Phone: (620)-625-7295
Fax: (620)-728-3473
E-mail: www.gettingout.com
Plaintiff-Pro se



FILED ___ LODGED ___
RECEIVED ___ COPY ___
SEP 05 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benton Gene Baskin,<br><br>        Plaintiff,<br><br>v.<br><br>Todd Thomas, et al.,<br><br>        Defendants. | NO. CV-21-01890-PHX-SPL (JFM)<br><br>PLAINTIFF BASKIN'S<br>RESPONSE TO COURT'S ORDER<br>AND JUDGMENT OF DISMISSAL<br>IN A CIVIL CASE |

Plaintiff Benton Gene Baskin, pro se, respectfully responds to Court's Order (Doc. 45). Moves the Court to vacate the judgment of dismissal of his pro se civil rights action pursuant to 42 U.S.C. § 1983 (Doc. 46). Additionally Baskin request the Court to reopen the case and hear the timely filed Response to Court Order to Show Cause why his pro se civil rights action pursuant to 42 U.S.C. § 1983 should be transferred to the District of Kansas instead of dismissed, on the merits and under the prison mailbox rule. (Doc. 40).

In support of this Motion, Plaintiff Baskin, relies upon the memorandum of points and authorities set forth below.

    I.    <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Federal Rule of Civil Procedure 6(b)(1)(B) permits a party to extend a deadline after it's expiration upon showing of "excusable neglect". The standard

-1-

to be applied by a Court under FRPC 6(b)(1)(B) is a liberal one in order to "effectuate the general purpose of seeing that cases are tried on the merits". Ahanehian v. Xenon Pictures, Inc, 624 F.3d 1253, 1258-59 (9th Cir. 2010). "Good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts". Id at 1259.

Plaintiff shows the Court that:

    1. The Plaintiff's response to Court order to show cause why his pro se civil rights action pursuant to 42 U.S.C. § 1983 should be transferred to the district of Kansas, was placed in the KDOC HCF Internal mail system for mailing on Friday August 18th, 2023.

    2. KDOC HCF Corrections Counselor I (CCI) Ms. Robbin L. Hurt, signed the KDOC Account Withdrawal Request (AWR) on August 21, 2023, for mailing to the Court. See Attached Exhibit A.

    3. Under the prison mailbox rule, a prisoner's filings are deemed "filed" at the time they are delivered to prison officials for mailing. See Stillman v. LaMarque, 319 F.3d 1199 (9th Cir. 2003).

II.     CONCLUSION

For these reasons Plaintiff Baskin, respectfully moves this Court to vacate the judgment of dismissal of his pro se civil rights action pursuant to 42 U.S.C. § 1983, and reopen the case to be tried on the merits.

DATED this 25th day of August, 20 23.

BENTON GENE BASKIN

By _(signature)_
Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility East
P.O. Box 1568
Hutchinson, Kansas 67504

Plaintiff-Pro se

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 20 23. a true and correct copy of the above and foregoing Plaintiff Baskin's Response to Court's Order And Judgment of Dismissal In A Civil Case, was made by depositing the same in the United States Mail, postage prepaid addressed to the following:

Debra D. Lucas, Chief Executive
District Court Executive/Court Clerk
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street SPC 1
Phoenix, Arizona 85003-2118

Struck Love Bojanowski & Acedo, PLC
Daniel P. Struck
Dana M. Keene
Courtney Lacaillade
3100 West Ray Road, Suite 300
Chandler, Arizona 85220
Attorneys for Defendant Westbrook

Matthew L. Shoger, I.D. #28151
Assistant Kansas Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597

Attorney for Defendants Diaz & Giaboian

*Benton G. Baskin*
Benton Gene Baskin, I/M #52888
Plaintiff-Pro se

EXHIBIT A

KANSAS DEPARTMENT OF CORRECTIONS ACCOUNT WITHDRWAL REQUEST

EVIDENCING DATE PLAINTIFF BASKIN DELIVERED
SHOW CAUSE TO PRISON OFFICIALS FOR MAILING

AND DATE CCI MS. ROBBIN L. HURT SENT ORDER TO SHOW CAUSE TO THE HCF MAIL ROOM

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| | | | | |
|---|---|---|---|---|
| BASKIN, BENTON, G. | 0052888 | H.C.F. - EU | E2/#271 | 08/18/2023 |
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To: _____
Name

$ _____  Address: _____
Check Amount

City, State, Zip: _____

Purpose/Inmate Benefit Fund Group: _____

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

---

**Title of Publication***
Frequency – (Circle One)
Yearly  Monthly  Weekly  Daily  Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper
(Per IMPP 11-101)

---

(To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate)

To: MS. DEBRA D. LUCAS, COURT EXECUTIVE
SANDRA DAY O'CONNOR U.S. COURTHOUSE
Name: SUITE 130
Address: 401 WEST WASHINGTON STREET, SPC 1
City, State, Zip: PHOENIX, ARIZONA 85003-2118
Reason: ORDER TO SHOW CAUSE

$ _____
Postage Amount

☐ Postage
☒ Legal/Official Postage (Per K.A.R. 44-12-601)
☐ Certified (Only if Funds are Available)

Verified By: _____

Inmate Signature: Benton G. Baskin   Date: 08-18-23
Request Carbon Copy

Unit Team Approval: [signature]   Date: 08/21/2023

Handicraft Approval (If Applicable)   Date
Religious Approval (If Applicable)   Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval   Date

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds                    ___ Payee Missing
___ Signature Missing                     ___ Insufficient Address
___ Exceeds Spending Limit                ___ Amount Missing
___ Incentive Level                       ___ Name/Number – Do Not Match
___ Envelope/Order/Stamp Missing          ___ Illegible Information
___ Unauthorized Per IMPP/KAR _____    ___ Other _____

_____           _____           _____
Account Processor           Date Withdrawn              Acct. Use

1504a

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required** E2-271 ✓

| BASKIN, BENTON, G. | 0052888 | H.C.F. - EU | E2/#271 | 08/18/2023 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To:
- Name: 
- $ _____ Check Amount
- Address: RECEIVED AUG 2 2 2023
- City, State, Zip:
- Purpose/Inmate Benefit Fund Group:

I request the use of Forced Savings as provided in IMPP 04-103, for: _____ (Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry Into the Community (Warden's Approval Required)

**Title of Publication***
Frequency – (Circle One)
Yearly Monthly Weekly Daily Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper (Per IMPP 11-101)

---

(To Be Completed by Mailroom)

**Postage** – (To Be Completed by Inmate)

To: MS. DEBRA D. LUCAS, COURT EXECUTIVE
SANDRA DAY O'CONNOR U.S. COURTHOUSE
Name: SUITE 130
Address: 401 WEST WASHINGTON STREET, SPC 1
City, State, Zip: PHOENIX, ARIZONA 85003-2118
Reason: ORDER TO SHOW CAUSE

$ 2.55 Postage Amount

☐ Postage
☒ Legal/Official Postage (Per K.A.R. 44-12-601)
☐ Certified (Only if Funds are Available)

VI Verified By

Inmate Signature: Benton G. Baskin  Date: 08-18-23
Unit Team Approval: [signature] C.F.  Date: 08/21/2023

**Request Carbon Copy**

Handicraft Approval (If Applicable) _____ Date
Religious Approval (If Applicable) _____ Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval _____ Date

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds           ___ Payee Missing
___ Signature Missing             ___ Insufficient Address
___ Exceeds Spending Limit        ___ Amount Missing
___ Incentive Level               ___ Name/Number – Do Not Match
___ Envelope/Order/Stamp Missing  ___ Illegible Information
___ Unauthorized Per IMPP/KAR _____  ___ Other _____

Account Processor _____   Date Withdrawn _____   Acct. Use _____

1504a