CASREF,CLOSED,DTE,REOPENED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:21−cv−01890−SPL−JFM

| | |
|---|---|
| Baskin v. Thomas et al | Date Filed: 11/08/2021 |
| Assigned to: Judge Steven P Logan | Date Terminated: 09/21/2023 |
| Referred to: Magistrate Judge James F Metcalf | Jury Demand: Plaintiff |
| Demand: $700,000 | Nature of Suit: 555 Prisoner: Prison Condition |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Benton Gene Baskin**
*also named as: Benton G. Baskin*

represented by **Benton Gene Baskin**
#52888
HUTCHINSON−KS−HUTCHINSON
D−1/#215
HUTCHINSON CORRECTIONAL FACILITY
P.O. BOX 1568
HUTCHINSON, KS 67504
PRO SE

V.

**Defendant**

**Todd Thomas**
*Warden/ Regional Director at CoreCivic/*
*Saguaro Correctional Center*
*TERMINATED: 10/04/2022*

**Defendant**

**Gerald Walker**
*LPN at CoreCivic/ Saguaro Correctional*
*Center*
*TERMINATED: 10/04/2022*

**Defendant**

**Marci Gottfredson**
*RN at CoreCivic/ Saguaro Correctional Center*
*TERMINATED: 10/04/2022*

**Defendant**

**Unknown Westbrook**
*Supervisor at TransCorporation of America*

represented by **Courtney T Lacaillade**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480−420−1600
Email: CLacaillade@strucklove.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana M Keene**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480–420–1620
Fax: 4804–420–1695
Email: DKeene@strucklove.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Patrick Struck**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480–420–1600
Email: dstruck@strucklove.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Schnurr**
*Warden at Hutchinson Correctional Facility*
*Central*
*TERMINATED: 10/04/2022*

**Defendant**

**Unknown Giaboian**                              represented by   **Matthew Shoger**
*Special Operations Response Team (S.O.R.T.)*                      Kansas Attorney Generals Office
*Lieutenant at Hutchinson Correctional Facility*                   120 SW 10th Ave., 2nd Fl.
*Central*                                                          Topeka, KS 66612
                                                                   785–296–2215
                                                                   Fax: 785–291–3767
                                                                   Email: matthew.shoger@outlook.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Diaz**                                  represented by   **Matthew Shoger**
*Special Operations Response Team (S.O.R.T.)*                      (See above for address)
*Sergeant/ Officer at Hutchinson Correctional*                     *LEAD ATTORNEY*
*Facility Central*                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2021 | Ï 1 | PRISONER CIVIL RIGHTS COMPLAINT filed by Benton Gene Baskin. (28 Pages and Envelope) (Attachments: # 1 Envelope) (REK) (Entered: 11/09/2021) |
| 11/08/2021 | Ï 2 | APPLICATION for Leave to Proceed In Forma Pauperis by Benton Gene Baskin. (5 Pages) (REK) (Entered: 11/09/2021) |
| 11/08/2021 | Ï 3 | MOTION to Appoint Counsel by Benton Gene Baskin. (2 Pages) (REK) (Entered: 11/09/2021) |

| | | |
|---|---|---|
| 11/08/2021 | Ï 4 | NOTICE OF ASSIGNMENT (REK) (Entered: 11/09/2021) |
| 11/18/2021 | Ï 5 | Mail Returned as Undeliverable. Mail sent to Benton Gene Baskin. Reason for return: Return to Sender: Refused – Unable to Forward. Document number 4. (REK) (Entered: 11/18/2021) |
| 12/15/2021 | Ï 6 | ORDER: Plaintiff's Application to Proceed In Forma Pauperis 2 is denied without prejudice. Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee and $52.00 administrative fee or file a complete Application to Proceed In Forma Pauperis and a certified six−month trust account statement. If Plaintiff fails to either pay the $350.00 filing fee and $52.00 administrative fee or file a complete Application to Proceed In Forma Pauperis within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff and deny any pending unrelated motions as moot. Plaintiff's motion for the appointment of counsel 3 is denied. Signed by Judge Steven P Logan on 12/15/2021. (Attachments: # 1 IFP Forms Packet) (REK) (Entered: 12/15/2021) |
| 12/27/2021 | Ï 7 | Mail Returned as Undeliverable. Mail sent to Benton Gene Baskin. Reason for return: Return to Sender: Released. Document number 6. (REK) (Entered: 12/28/2021) |
| 02/03/2022 | Ï 8 | *VACATED per Order 11 *CLERK'S JUDGMENT − Pursuant to the Court's Order filed December 15, 2021, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice. (DXD) Modified on 8/16/2022 (REK). (Entered: 02/03/2022) |
| 02/14/2022 | Ï 9 | Mail Returned as Undeliverable. Mail sent to Benton Gene Baskin. Reason for return: Return to Sender, Released. Document number 8 . (LAD) (Entered: 02/15/2022) |
| 08/04/2022 | Ï 10 | Letter from Plaintiff (1 page). (DXD) (Entered: 08/05/2022) |
| 08/16/2022 | Ï 11 | ORDER: The February 3, 2022 Judgment 8 is vacated, and the Clerk of Court must reopen this case. Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee and $52.00 administrative fee or file a new complete Application to Proceed In Forma Pauperis and a certified six−month trust account statement. If Plaintiff fails to either pay the $350.00 filing fee and $52.00 administrative fee or file a new complete Application to Proceed In Forma Pauperis within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff and deny any pending unrelated motions as moot. The Clerk of Court must update Plaintiff's address of record to that reflected in his Letter 10 and send Plaintiff a copy of the notice of assignment, Doc. 4 , and copies of the Order and Judgment filed in this case, Docs. 6 and 8 . Signed by Judge Steven P Logan on 8/15/2022. (Attachments: # 1 Forms Packet) (REK) (Entered: 08/16/2022) |
| 09/12/2022 | Ï 12 | NOTICE re: Payment of Filing Fee by Benton Gene Baskin re: 11 Order. (7 Pages) (REK) (Entered: 09/13/2022) |
| 09/19/2022 | Ï 13 | Filing fee: $402.00, receipt number 200001824. PAID IN FULL. (BAS) (Entered: 09/20/2022) |
| 10/04/2022 | Ï 14 | ORDER (Service Packet): Counts I and III are dismissed without prejudice. Defendants Thomas, Walker, Gottfredson, and Schnurr are dismissed without prejudice. Defendants Giaboian, Diaz, and Westbrook must answer Count II as set forth herein. The Clerk of Court must send Plaintiff a service packet including the Complaint 1 , this Order, and both summons and request for waiver forms for Defendant Giaboian, Diaz, and Westbrook. Plaintiff must complete and return the service packet to the Clerk of Court within 21 days of the date of filing of this Order. |

| | | |
|---|---|---|
| | | The United States Marshal will not provide service of process if Plaintiff fails to comply with this Order. If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. This matter is referred to Magistrate Judge James F. Metcalf pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1). See document for further details. Signed by Judge Steven P Logan on 10/03/2022. (REK) (Entered: 10/04/2022) |
| 12/02/2022 | Ï 15 | SERVICE EXECUTED: Rule 4 Waiver of Service of Summons. Waiver sent on 11/02/2022 to Unknown Westbrook. (REK) (Entered: 12/05/2022) |
| 12/06/2022 | Ï 16 | SERVICE EXECUTED: Rule 4 Waiver of Service of Summons. Waiver sent on 11/02/2022 to Unknown Giaboian. (REK) (Entered: 12/07/2022) |
| 12/06/2022 | Ï 17 | SERVICE EXECUTED: Rule 4 Waiver of Service of Summons. Waiver sent on 11/02/2022 to Unknown Diaz. (REK) (Entered: 12/07/2022) |
| 12/19/2022 | Ï 18 | SERVICE EXECUTED: USMS Process Receipt and Return re: Summons, Complaint, and Order upon Unknown Giaboian on 12/14/2022. (REK) (Entered: 12/20/2022) |
| 12/19/2022 | Ï 19 | SERVICE EXECUTED: USMS Process Receipt and Return re: Summons, Complaint, and Order upon Unknown Diaz on 12/14/2022. (REK) (Entered: 12/20/2022) |
| 01/03/2023 | Ï 20 | MOTION to Dismiss for Lack of Jurisdiction by Unknown Westbrook. (Attachments: # 1 Exhibit A and B)(Struck, Daniel) (Entered: 01/03/2023) |
| 01/03/2023 | Ï 21 | *MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction, MOTION to Change Venue/Transfer Case to District of Kansas by Unknown Diaz, Unknown Giaboian. (Shoger, Matthew) *Modified to correct motion type, add motions to dismiss for lack of jurisdiction and to change venue, and corrected text on 1/4/2023 (REK). (Entered: 01/03/2023) |
| 01/03/2023 | Ï 22 | *MEMORANDUM in Support of 21 Motion to Dismiss for Failure to State a Claim, Motion to Dismiss for Lack of Jurisdiction, Motion to Change Venue/Transfer Case to District of Kansas by Defendants Unknown Diaz, Unknown Giaboian. (Shoger, Matthew) *Modified to add document link on 1/4/2023 (REK). (Entered: 01/03/2023) |
| 01/04/2023 | Ï 23 | ORDER: Plaintiff has through February 6, 2023 to respond to Defendant Westbrook's Motion to Dismiss, filed January 3, 2023 (Doc. 20 ). Defendants have fifteen days from service of the response to file a reply. The Motion to Dismiss will be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court. Signed by Magistrate Judge James F Metcalf on 1/04/2023. (REK) (Entered: 01/04/2023) |
| 01/04/2023 | Ï 24 | ORDER: Plaintiff has through February 6, 2023 to respond to Defendant Diaz and Giaboian's Motion to Dismiss or in the Alternative Transfer, filed January 3, 2023 (Doc. 21 ). Defendants have fifteen days from service of the response to file a reply. The Motion to Dismiss will be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court. Signed by Magistrate Judge James F Metcalf on 1/04/2023. (REK) (Entered: 01/04/2023) |
| 02/07/2023 | Ï 25 | MOTION for Extension of Time to File Response/Reply as to 20 MOTION to Dismiss for Lack of Jurisdiction by Benton Gene Baskin. (5 Pages) (REK) (Entered: 02/08/2023) |

| | | |
|---|---|---|
| 02/07/2023 | Ï 26 | MOTION for Extension of Time to File Response/Reply as to 21 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue/Transfer Case by Benton Gene Baskin. (4 Pages) (REK) (Entered: 02/08/2023) |
| 02/07/2023 | Ï 27 | NOTICE by Benton Gene Baskin re: 25 MOTION for Extension of Time to File Response/Reply as to 20 MOTION to Dismiss for Lack of Jurisdiction , 26 MOTION for Extension of Time to File Response/Reply as to 21 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue/Transfer Case. (1 Page) (REK) (Entered: 02/08/2023) |
| 02/24/2023 | Ï 28 | ORDER: Plaintiff's Motion to Extend 25 is GRANTED. Plaintiff's Motion to Extend 26 is GRANTED. Plaintiff has through March 6, 2023 to respond to the Motion to Dismiss for Lack of Jurisdiction 25 . Plaintiff has through March 6, 2023 to respond to the Motion to Dismiss for Lack of Jurisdiction or in the Alternative to Transfer 26 . Signed by Magistrate Judge James F Metcalf on 2/24/2023. (REK) (Entered: 02/24/2023) |
| 03/07/2023 | Ï 29 | MOTION to Appoint Counsel by Benton Gene Baskin. (27 Pages) (REK) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 30 | MOTION for Extension of Time to File Response/Reply as to 21 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue/Transfer Case by Benton Gene Baskin. (5 Pages) (REK) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 31 | MOTION for Extension of Time to File Response/Reply as to 20 MOTION to Dismiss for Lack of Jurisdiction by Benton Gene Baskin. (3 Pages) (REK) (Entered: 03/07/2023) |
| 03/10/2023 | Ï 32 | ORDER: Plaintiff's Motion to Appoint Counsel 29 is DENIED WITHOUT PREJUDICE. Signed by Magistrate Judge James F Metcalf on 3/10/2023. (REK) (Entered: 03/10/2023) |
| 03/14/2023 | Ï 33 | *RESPONSE to Motion (Notice of Non−Opposition) re: 31 MOTION for Extension of Time to File Response/Reply as to 20 MOTION to Dismiss for Lack of Jurisdiction filed by Unknown Westbrook. (Lacaillade, Courtney) *Modified to correct event and text on 3/15/2023 (REK). (Entered: 03/14/2023) |
| 03/24/2023 | Ï 34 | ORDER: Plaintiff's Motion to Extend 30 is GRANTED. Plaintiff has through April 5, 2023 to respond to Defendants Diaz and Giaboian's Motion to Dismiss or in the alternative to Transfer 21 . Plaintiff's Motion to Extend 31 is granted. Plaintiff has through April 5, 2023 to respond to Defendants Westbrook's Motion to Dismiss 20 . Signed by Magistrate Judge James F Metcalf on 3/24/2023. (REK) (Entered: 03/24/2023) |
| 05/30/2023 | Ï 35 | STRICKEN pursuant to 37 −− RESPONSE to Motion re: 21 MOTION to Dismiss for Lack of Jurisdiction, RESPONSE to Motion re: 21 MOTION to Dismiss for Failure to State a Claim, MOTION to Change Venue/Transfer Case filed by Benton Gene Baskin. (10 Pages) (REK) Modified on 6/7/2023 (WLP). (Entered: 05/31/2023) |
| 05/30/2023 | Ï 36 | STRICKEN pursuant to 37 −− RESPONSE to Motion re: 20 MOTION to Dismiss for Lack of Jurisdiction filed by Benton Gene Baskin. (41 Pages) (Attachments: # 1 Exhibit)(REK) Modified on 6/7/2023 (WLP). (Entered: 05/31/2023) |
| 06/06/2023 | Ï 38 | MOTION to Appoint Counsel by Benton Gene Baskin. (10 Pages) (REK) (Entered: 06/08/2023) |

| | | |
|---|---|---|
| 06/07/2023 | Ï 37 | ORDER – A. Plaintiff's Response (Doc. 35 ) to the Motion to Dismiss for Lack of Jurisdiction, for Failure to State a Claim, or Motion to Transfer (Doc. 21 ) be STRICKEN. B. Plaintiff's Response (Doc. 36 ) to the Motion to Dismiss (Doc. 20 ) be STRICKEN. See document for complete details. Signed by Magistrate Judge James F Metcalf on 6/7/2023. (WLP) (Entered: 06/07/2023) |
| 06/09/2023 | Ï 39 | ORDER: Plaintiff's Motion to Appoint Counsel 38 is DENIED WITHOUT PREJUDICE. Signed by Magistrate Judge James F Metcalf on 6/09/2023. (REK) (Entered: 06/09/2023) |
| 07/17/2023 | Ï 40 | ORDER AND ORDER TO SHOW CAUSE – The reference to the Magistrate Judge is withdrawn as to Defendant Westbook's Motion to Dismiss and KDOC Defendants' Motions to Dismiss or Transfer to the District of Kansas (Docs. 20 , 21 ). Defendants' Motions (Doc. 20 , 21 ) are granted in part insofar as the Court finds it lacks personal jurisdiction and venue over Plaintiff's claims, and these claims must be transferred or dismissed; the Motions are otherwise denied. Within 15 days of this Order, Plaintiff must show cause in writing why this action should be transferred to the District of Kansas instead of dismissed. If Plaintiff does not respond to the Order to Show Cause within 15 days or does not show cause why this action should be transferred to the District of Kansas instead of dismissed, the Court will dismiss this action in its entirety for lack of personal jurisdiction over Defendants. Signed by Judge Steven P Logan on 7/17/23. (SMF) (Entered: 07/17/2023) |
| 07/26/2023 | Ï 41 | *MOTION for Reconsideration re: 40 Order by Unknown Diaz, Unknown Giaboian. (Shoger, Matthew) *Modified to add document link on 7/27/2023 (REK). (Entered: 07/26/2023) |
| 07/26/2023 | Ï 42 | MEMORANDUM in Support of Memo 41 MOTION for Reconsideration by Defendants Unknown Diaz, Unknown Giaboian. (Shoger, Matthew) (Entered: 07/26/2023) |
| 08/07/2023 | Ï 43 | MOTION for Extension of Time to File Response/Reply as to 40 Order to Show Cause by Benton Gene Baskin. (6 Pages) (REK) (Entered: 08/08/2023) |
| 08/09/2023 | Ï 44 | ORDER: Plaintiff's Motion to Extend 43 is GRANTED. Plaintiff has through August 21, 2023 to respond to the Order to Show Cause 40 . Signed by Magistrate Judge James F Metcalf on 8/09/2023. (REK) (Entered: 08/09/2023) |
| 08/14/2023 | Ï 45 | *VACATED by 47 * ORDER: The reference to the Magistrate Judge is withdrawn as to the KDOC Defendants' Motion for Reconsideration 41 and the Motion is denied as moot. The Court's Order to Show Cause 40 is discharged because the time to respond has expired, and Plaintiff did not file a timely response. This action is dismissed without prejudice for lack of personal jurisdiction and venue; the Clerk of Court must enter judgment accordingly. Signed by Judge Steven P Logan on 8/14/2023. (REK) Modified on 8/17/2023 (REK). (Entered: 08/14/2023) |
| 08/14/2023 | Ï 46 | *VACATED by 47 * CLERK'S JUDGMENT – Pursuant to the Court's order filed August 14, 2023, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice. (REK) Modified on 8/17/2023 (REK). (Entered: 08/14/2023) |
| 08/17/2023 | Ï 47 | ORDER that the Court's August 14, 2023 Order 45 and the Clerk's Judgment 46 are vacated. Plaintiff's deadline to respond to the Order to Show Cause 40 remains August 21, 2023. Signed by Judge Steven P Logan on 8/17/2023. (REK) (Entered: 08/17/2023) |
| 08/25/2023 | Ï 48 | RESPONSE TO ORDER TO SHOW CAUSE re: 40 Order, Order to Show Cause, Terminate Motions by Plaintiff Benton Gene Baskin. (16 Pages and Envelope) (REK) |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | (Entered: 08/28/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 09/05/2023 | Ï 49 | RESPONSE re: 46 Clerks Judgment, 45 Order by Plaintiff Benton Gene Baskin. (6 Pages) (REK) (Entered: 09/07/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                  |
| 09/21/2023 | Ï 50 | ORDER: The reference to the Magistrate Judge is withdrawn as to KDOC Defendants' Motion for Reconsideration 41 , and the Motion is denied. Plaintiff's obligation to respond to the Court's Order to Show Cause 40 is discharged. The Clerk of Court must transfer this action to the United States District Court for the District of Kansas pursuant to 28 U.S.C. § 1406(a). The Clerk of Court must close this case. Signed by Judge Steven P Logan on 9/21/2023. (REK) (Entered: 09/21/2023)                                                  |