

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF KANSAS

| | | |
|---|---|---|
| SKYLER B. O'HARA<br>CLERK OF COURT<br>E-MAIL: Skyler_OHara@ksd.uscourts.gov<br>(913) 735-2220 | | KIM LEININGER<br>CHIEF DEPUTY CLERK<br>E-MAIL: Kim_Leininger@ksd.uscourts.gov<br>(913) 735-2225 |
| 490 U.S.COURTHOUSE<br>444 SE QUINCY<br>TOPEKA, KS 66683 | 204 U.S.COURTHOUSE<br>401 N. MARKET<br>WICHITA, KS 67202 | 259 ROBERT J. DOLE U.S. COURTHOUSE<br>500 STATE AVENUE<br>KANSAS CITY, KS 66101 |

September 22, 2023


Courtney T Lacaillade (Email: CLacaillade@strucklove.com)
Dana M Keene (Email: DKeene@strucklove.com)
Daniel Patrick Struck (Email: dstruck@strucklove.com)


Re: Baskin v. Thomas et al
USDC Kansas Case Number: 5:23-cv-3212-JWL
USDC Arizona Case Number: 2:21-cv-01890

Dear Counsel:
Please be advised that the above-named action has been transferred to the U.S. District Court for the District of Kansas at Topeka, Kansas. We have assigned Civil Action Number 5:23-cv-3212-JWL, assigned to the Honorable John W. Lungstrum, District Judge.


Our local rules and information regarding admission pro hac vice can be found at www.ksd.uscourts.gov or by contacting Attorney Registration at (913) 735-2229.

Sincerely,


Skyler B. O'Hara, Clerk

By: s/J. Lolley
Deputy Clerk