IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BENTON GENE BASKIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 23-3212-JAR-ADM |
| | ) |
| **TODD THOMAS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**CLERK'S FOURTEEN-DAY EXTENSION**

Pursuant to D. Kan. Rule 77.2, it is hereby ordered that Defendants (fnu) Giaboian and (fnu) Diaz (the "KDOC Defendants") be given an additional fourteen (14) days in which to answer or otherwise plead to Plaintiff's Complaint (Doc. 1). This is their first request for an extension. Based on Fed. R. Civ. P. 12(a)(4)(A), their KDOC Defendants' original deadline to answer or otherwise plead is October 5, 2023. The time to answer has not expired. The answer or other responsive pleading for the KDOC Defendants is now due on or before October 19, 2023.

IT IS SO ORDERED.

Dated: this 5th day of October, 2023.

                                                                      Clerk of the U.S. District Court
                                                                      For the District of Kansas

                                                                      s/ J. Kendall
                                                                       By:  Deputy Clerk

Prepared by:

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the KDOC Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2023, I electronically sent the foregoing Order For Clerk's Fourteen-Day Extension to the Clerk of the Court *via* email transmission with a copy to the following:

Courtney Lacaillade, Dana M. Keene, and Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
*Attorneys for Defendant Westbrook*

I also certify that a copy of the above will be served by means of first-class mail on the 5th day of October, 2023, postage prepaid, addressed to:

Benton Gene Baskin #52888
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS  67504
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General