IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BENTON GENE BASKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  23-3212-JAR-ADM |
| v. ) | |
| ) | |
| TODD THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT WESTBROOK**

COMES NOW, Thomas A. Rottinghaus of the law firm Wagstaff & Cartmell, LLP and hereby enters his appearance as counsel of record for Defendant C. Westbrook in the above-captioned matter.

Respectfully submitted,

*/s/ Thomas A. Rottinghaus*
Thomas A. Rottinghaus    KS No. 19081
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372
trottinghaus@wcllp.com
ATTORNEYS FOR DEFENDANT WESTBROOK

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and that a copy of this pleading was mailed via first-class mail, postage prepaid, to:

    Benton Gene Baskin #52888
    Hutchinson Correctional Facility
    P.O. Box 1568
    Hutchinson, KS  67504
    Plaintiff, *Pro se*

    */s/ Thomas A. Rottinghaus*
    **ATTORNEY FOR DEFENDANT WESTBROOK**