**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **BENTON GENE BASKIN,**        ) | |
| ) | |
| **Plaintiff,**        ) | |
| ) | |
| **v.**        ) | **Case. No. 23-3212-JAR-ADM** |
| ) | |
| **TODD THOMAS,** *et al.*,        ) | |
| ) | |
| **Defendants.**        ) | |
| ) | |

<u>**ANSWER OF DEFENDANTS GABOIAN AND DIAZ TO PLAINTIFF'S COMPLAINT**</u>

Defendants (fnu) Gaboian[1] and (fnu) Diaz (the "KDOC Defendants") state their answers to the Complaint (Doc. 1):

1.  Paragraph A(2) on page 1 is <u>denied</u>. The KDOC Defendants were in the state of Kansas at all relevant times.

2.  Paragraph B(5) on page 4 is *admitted*.

3.  Regarding paragraphs B(6)-(7) on page 4 and paragraphs 8-9 on page 6, it is *admitted* only that Defendants Gaboian and Diaz were employed as officers at Hutchinson Correctional Facility. All other allegations in these paragraphs are <u>denied</u>.

4.  Regarding paragraphs D(1)-(5) on page 5, count I has been <u>dismissed</u>. (Doc. 14.) To the extent a response is required to these paragraphs, they are <u>denied</u> except for paragraphs D(5)(a) and (c), which are *admitted*.

5.  Paragraphs 5(a) and (c) on page 22 are *admitted*.

6.  Regarding paragraphs 1-5 on page 23, count III has been <u>dismissed</u>. (Doc. 14.) To the extent a response is required to these paragraphs, they are <u>denied</u> except for

---

[1] Defendant Gaboian's name is misspelled in the Complaint (Doc. 1) as "Giaboian."

paragraphs 5(a) and (c), which are *admitted*.

7.  Paragraph 2 on page 6 is <u>denied</u> and has already been decided against the Plaintiff in this case.

8.  The KDOC Defendants <u>lack knowledge or information sufficient to form a belief about</u> the following paragraphs not relating to the KDOC Defendants nor to KDOC: paragraphs B(1)-(4) on page 3, paragraphs 4-7 on page 6, paragraphs 43-69 on pages 11-14, paragraphs 72-74 on page 15, paragraphs 77-81 on page 16, paragraphs 83-88 on pages 16-17, paragraphs 97-108 on pages 18-20.

9.  The KDOC Defendants <u>lack knowledge or information sufficient to form a belief about</u> the Plaintiff's inner thoughts or intentions in paragraph 94 on page 18.

10. All allegations in the Complaint are <u>denied</u> unless expressly admitted above.

## OTHER DEFENSES

11. Plaintiff has failed to state a claim upon which relief can be granted in whole or in part.

12. Plaintiff has failed to exhaust administrative remedies as required under the Prison Litigation Reform Act.

13. The Court lacks subject-matter jurisdiction in whole or in part. Reasons include but are not limited to: the Eleventh Amendment bars any state-law claims and any official capacity claims.

14. Qualified immunity bars Plaintiff's individual capacity claims against the KDOC Defendants.

15. Governmental immunity under the Kansas Tort Claims Act applies to bar any state-law claims.

16. Alternatively, the Plaintiff's damages are not of the nature and extent alleged.

17. Alternatively, the Plaintiff's damages should be reduced or eliminated due to the comparative negligence of other parties or persons under K.S.A. 60-258a.

18. Defendants reserve the right to assert any additional defenses for which discovery and subsequent investigation reveal a basis.

Therefore, the KDOC Defendants request that the Court enter judgment in their favor denying Plaintiff the relief he seeks, and for such other relief as the Court deems just and proper.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the KDOC Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of October, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Courtney Lacaillade, Dana M. Keene, and Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
*Attorneys for Defendant Westbrook*

I also certify that a copy of the above will be served by means of first-class mail, postage prepaid, addressed to:

Benton Gene Baskin #52888
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS  67504
*Plaintiff, pro se*

/s/ Matthew L. Shoger
Matthew L. Shoger
Assistant Attorney General