IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BENTON GENE BASKIN, )
   Plaintiff, )
)
v. ) Case No. 23-3212-JAR-ADM
)
TODD THOMAS, et al., )
   Defendants. )

## PLAINTIFF BASKIN'S MOTION TO DISMISS DEFENDANT WESTBROOK'S MOTION TO DISMISS

    Plaintiff Benton Gene Baskin, appears pro se, and hereby respectfully Moves the Court to dismiss Defendant Charles K. Westbrook's motion to dismiss Count II of Plaintiff's Complaint (Doc. 1.) The United States District Court for the District of Arizona, found that Plaintiff sufficiently states an Eighth Amendment claim upon which relief can be granted against Defendant Westbrook. Fed. R. Civ. P. 8(a)(2), and pursuant to 28 U.S.C. § 1915A(a). Plaintiff refers the Court to his Memorandum in Support filed contemporaneously with this Motion in further support.

    Dated this 15th day of November 2023.

                                      Respectfully submitted,

                                      /s/ Benton G. Baskin
                                      Benton Gene Baskin, I/M #52888
                                      Hutchinson Correctional Facility East
                                      P.O. Box 1568
                                      Hutchinson, Kansas 67504
                                      Phone: (620)-625-7295
                                      Fax:   (620)-728-3473
                                      KDOC_court-file_hcf@ks.gov
                                      Plaintiff-Pro se

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November 2023, I electronically filed the foregoing Plaintiff Baskin's Motion to Dismiss Defendant Westbrook's Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to the following:

Thomas A. Rottinghaus, KS No. 19081
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Attorney for Defendant Charles K. Westbrook

Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Attorney for Defendants (FNU) Gaboian & Javier Diaz

/s/ Benton G. Baskin
Benton Gene Baskin, I/M #52888
Plaintiff-Pro se