### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BENTON GENE BASKIN, | ) |
| Plaintiff, | ) |
| | ) Case No. 23-3212-JAR-ADM |
| v. | ) |
| TODD THOMAS, et al., | ) |
| Defendants. | ) |

### DEFENDANT WESTBROOK'S MOTION TO MODIFY SCHEDULING ORDER

Defendant C. Westbrook, by and through counsel, and pursuant to Local Rule 6.1(a), respectfully requests leave to modify the Court's Scheduling Order that was entered on September 29, 2023 (Doc. 54) in the above captioned case. Defendant submits the following in support of this Motion:

1. Plaintiff is incarcerated at Hutchinson Correctional Facility's East Unit.

2. Counsel for Defendant Westbrook was asked to take over Mr. Westbrook's defense upon entry of an order from the District of Arizona transferring the case to the District of Kansas (Doc. 51) on September 22, 2023. Although counsel for Defendant Westbrook reviewed the District of Kansas ECF filing system on September 26, 2023, and subsequently entered an appearance on October 5, 2023, counsel did not note that a Scheduling Order had been entered on September 29, 2023.

3. The Scheduling Order (Doc. 54) currently in place sets forth the following deadlines that have passed, including the following:

   a. November 29, 2023: Deadline to file proposed Motion for Protective Order.

    b.    January 19, 2024:  All discovery requests must be served.

    c.    December 29, 2023:  Expert disclosures required by Fed. R. Civ. P. 26(a)(2).

    d.    December 29, 2023:  Deposition of Plaintiff.

    e.    February 23, 2023:  Proposed joint pretrial order.

    f.    February 23, 2024:  Dispositive motions (if a proposed pretrial order is *not* submitted).

4. Pursuant to Local Rule 6.1(a)(4), counsel for Defendant Westbrook did not note the Scheduling Order in place, which appears to have been entered after an initial review of the Court's docket and before counsel had entered an appearance in this case.

5. Counsel for Defendant Westbrook has conferred with counsel for Co-Defendants Gaboian and Diaz via email and telephone prior to the filing of this Motion pursuant to Local Rule 6.1(a).  Defendant Westbrook but has been unsuccessful in reaching Plaintiff through his unit supervisors at the Hutchinson Correctional Facility East Unit.  It is counsel for Defendant Westbrook's understanding that counsel for Co-Defendants does not oppose this Motion, but may seek to stay any discovery as to Co-Defendants.  Although Defendant cannot state the views of Plaintiff at the time of the filing of this Motion, Defendant assumes that the interests of a continuance from the current deadlines equally impacts and benefits Plaintiff, since Plaintiff has served written discovery requests outside of the timeframe set forth in the Scheduling Order.[1]

6. No prior extensions of the Scheduling Order have been granted.

---

[1] On or about March 5, 2024, Counsel for Defendant Westbrook received "First Interrogatories" and "First Requests for Production of Documents" from Plaintiff, which were dated as being "electronically filed" on February 23, 2024.

7. Defendant respectfully requests an extension of time to comply with the deadlines set forth in paragraphs 3 through 6, and 9 and 10 of the Court's Scheduling Order (Doc. 54). Should the Court grant this Motion, Counsel for Defendant has conferred with counsel for Co-Defendants Gaboian and Diaz and believes that the following proposed deadlines would provide ample time to conduct any necessary discovery:

   a. Deadline to file proposed Protective Order: **Proposed Date: March 29, 2024.**

   b. Deadline for serving discovery requests: **Proposed Date: March 29, 2024.**

   c. Deposition of Plaintiff: **Proposed Date: April 15, 2024.**

   d. Deadline for expert disclosures required by Fed. R. Civ. P. 26(a)(2):

      i. **Proposed Date Plaintiff: April 15, 2024.**

      ii. **Proposed Date Defendants: April 15, 2024.**

   e. Proposed joint pretrial order. **Proposed Date: May 15, 2024.**

   f. Deadline for Dispositive Motions (if a proposed pretrial order is not submitted: **Proposed Date: May 1, 2024.**

   g. Deadline for Dispositive motions (if a proposed pretrial order is submitted): **Proposed Date: May 30, 2024.**

Respectfully submitted,

*/s/ Thomas A. Rottinghaus*
Thomas A. Rottinghaus    KS No. 19081
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372
trottinghaus@wcllp.com
ATTORNEYS FOR DEFENDANT WESTBROOK

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March 24, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and that a copy of this pleading was mailed via first-class mail, postage prepaid, to:

Benton Gene Baskin #52888
Hutchinson Correctional Facility East
P.O. Box 1568
Hutchinson, KS  67504
Plaintiff, *Pro se*

*/s/ Thomas A. Rottinghaus*
**ATTORNEY FOR DEFENDANT WESTBROOK**