## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BENTON GENE BASKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  23-3212-JAR-ADM |
| v. | ) |
| | ) |
| TODD THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

\

### CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2024, I served Defendant Westbrook's Responses to Plaintiff's First Interrogatories and First Request for Production of Documents on counsel of record for co-Defendants via electronic mail, and on Plaintiff at the following address:

    Benton Gene Baskin #52888
    Hutchinson Correctional Facility East
    P.O. Box 1568
    Hutchinson, KS  67504
    Plaintiff, *Pro se*

    Respectfully submitted,

    */s/ Thomas A. Rottinghaus*
    Thomas A. Rottinghaus    KS No. 19081
    Wagstaff & Cartmell, LLP
    4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
    Telephone: 816-701-1100
    Facsimile: 816-531-2372
    trottinghaus@wcllp.com
    ATTORNEYS FOR DEFENDANT WESTBROOK