# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BENTON GENE BASKIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23-cv-03212-JAR-ADM |
| v. ) | |
| ) | |
| **TODD THOMAS, et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF THE REMOTE DEPOSITION
## OF BENTON BASKIN

**DEPONENT:**  Benton Baskin

**DATE/TIME:**  April 12, 2024, at 9:15 a.m.

**COURT REPORTER:**  Appino & Biggs Reporting Service (785-273-3063)

**LOCATION:**  Zoom:

https://us06web.zoom.us/j/89238580144?pwd=dQbXtk11xq82z8dfJN25UBNEYHlTFW.1

Meeting ID: 892 3858 0144
Passcode: 341227

One tap mobile
+13462487799,,89238580144#,,,,*341227# US (Houston)
+16694449171,,89238580144#,,,,*341227# US

Dial by your location
• +1 346 248 7799 US (Houston)
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 646 931 3860 US
• +1 689 278 1000 US
• +1 929 205 6099 US (New York)

- +1 301 715 8592 US (Washington DC)
- 833 548 0276 US Toll-free
- 833 548 0282 US Toll-free
- 833 928 4608 US Toll-free
- 833 928 4609 US Toll-free
- 833 928 4610 US Toll-free
- 877 853 5247 US Toll-free
- 888 788 0099 US Toll-free

Find your local number: https://us06web.zoom.us/u/kd5bvIaPHi

**YOU ARE HEREBY NOTIFIED** that the deposition of **Benton Baskin** will be taken before and officer duly authorized to administer oaths on **Friday, April 12, 2024**, beginning at **9:15 a.m., CDT via Zoom**.  The taking of said deposition, if not completed on the date scheduled, will be continued from day to day at the same place and between the hours of 9:00 a.m. and 5:00 p.m. until completed.

Respectfully submitted,

*/s/ Thomas A. Rottinghaus*
Thomas A. Rottinghaus        KS No. 19081
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100/Facsimile: 816-531-2372
trottinghaus@wcllp.com
**ATTORNEYS FOR DEFENDANT WESTBROOK**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and that a copy of this pleading is being hand-delivered to:

Benton Gene Baskin #52888
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS  67504
Plaintiff, *Pro se*

                                      */s/ Thomas A. Rottinghaus*
                                      **ATTORNEY FOR DEFENDANT WESTBROOK**