Benton G. Baskin, I/M #52888
Hutchinson Correctional Facility East Unit
P.O. Box 1568
Hutchinson, Kansas 67504
Phone: (620)-625-7295
Fax: (620)-728-3473
E-mail: KDOC court file hcf@ks.gov
Plaintiff Pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BENTON GENE BASKIN,<br><br>  Plaintiff,<br><br>v.<br><br>TODD THOMAS, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 23-3213-JAR-ADM<br>)<br>)<br>)<br>)<br>) |

MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION OF OPPOSITION TO
THE KDOC DEFENDANTS MOTION FOR SUMMARY JUDGMENT OUT OF TIME

Plaintiff Benton Gene Baskin respectfully request leave to file Plaintiff's Motion Opposing Kansas Department of Corrections ("KDOC") Defendants Armen Gaboian and Javier Diaz Motion For Summary Judgment out of Time.

1. Plaintiff's case was transferred in from the District of Arizona, Case Number 2:21-cv-01890-PHX-SPL(JFM) September 22, 2023, (Doc. 51) a Minute Order Reassigning the case to District of Kansas Judge Julie A. Robinson and Magistrate Judge Angel D. Mitchell, was issued on September 25, 2023, (Doc. 53) Case Number 5:23-cv-03212-JAR-ADM.

2. Plaintiff respectfully request that this motion be granted and an order allowing him to file Motion opposing ("KDOC") Defendants Gaboian and Diaz Motion for Summary Judgment instanter.

3. The Court granted ("KDOC") Defendants Gaboian and Diaz Motion for leave to file Motion for Summary Judgment out of time (Doc. 66)

4. There will be no prejudice to ("KDOC") Defendants if Plaintiff is permitted additional time to file Motion Opposing Defendants Motion For Summary Judgment.

5. Any delay caused by this mistake is de minimis, If this Motion is granted, the Plaintiff's Motion in Opposition to Defendants Motion for Summary Judgment will be filed instanter.

6. The Plaintiff have not conferred with the ("KDOC") Defendants in this matter.

7. The Plaintiff have not previously received an extension of time with regard to this deadline.

8. This was not a malicious or egregious error caused by misinterpretation or disregard for the Court Rules. To the contrary, the error was caused by excusable neglect and was made in good faith. Granting this motion will not prejudice ("KDOC") Defendants or delay resolution of this matter.

9. Pursuant to Fed. R. Civ. P. 6(b)(1)(B), " the court may, for good cause, extend the time: . . . (B) on a motion made after the time has expired if the party failed to act because of excusable neglect."

10. As the Supreme Court recognized, " it is clear that 'excusable neglect' under Rule 6(b) is a somewhat 'elastic concept' and is not limited strictly to omissions caused by circumstances beyond the control of the movant." Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 392 (1993) (citation omitted).

11. The courts consider several factors in determining what actions constitute excusable neglect. These factors are: "(1) the danger of prejudice to the opposing party, (2) the length of delay caused by the neglect and it's impact on judicial proceedings, (3) the reason for the delay and whether it was in the reasonable control of the

of the moving party, and (4) the existence of good faith on the part of the moving party." Scott v. Power Plant Maint. Specialists Inc., No. 09-2591-KHV, 2010 WL 1881058, at *2 (D. Kan. May 10, 2010) (citing Hamilton v. Water Whole Int'l Corp., 302 F. App'x 789, 798 (10th Cir. 2008)).

12. Plaintiff continues to endure a delay in receiving his Legal Mail from the Court in a timely manner due to the ("KDOC") incoming legal mail policy, whereupon the Original copies are being photo copied and after, the original documents are shredded.

13. Plaintiff is only allowed 4 hours per week to utilize the ("HCF-E") law library, the law libray has removed the privilege to access LEXIS/NEXIS search engine combine with Word Document on the computers depriving Plaintiff of efficiently formatting and perfecting responses to the Court and Defendants in a timely manner.

14. Plaintiff is not represented by Counsel and suffers a legal handicap in researching caselaw to marshall in law to properly respond to the Court and to support his arguments. These distractions pose a Dilemma due to the time constraints of the law library and delay of legal mail creates a hinderance to the Plaintiff.

15. The ("KDOC") Defendants missed the proposed pretrisl order and dis positive motion deadlines. an Amended Scheduling Order was issued (Doc. 67) and an Order granting Motion to Modify Scheduling Order with new Discovery deadline pending 4/29/2024, Dispositive motion deadline 6/28/2024, and Proposed Oretrial Order due 6/14/2024.

16. Plaintiff timely served written request for Discovery upon Defendant Charles K. Westbrook, and ("KDOC") Defendants Armen Gaboian and Javier Diaz, Pursuant to Fed. R. Civ. P. Rules 33 & 34, on January 17, 2024,

Defendant Westbrook has responded to written discovery requests, ("KDOC") Defendants Gaboian & Diaz has not yet responded to written Discovery Requests and Plaintiff will Contemporaneously seek an order compelling Defendants Gaboian & Diaz to comply with Discovery Rules pursuant to Fed. R. Civ. P. 37(a).

18. Plaintiff erroneously submitted the written Discovery request to the clerk of court, whom returned them to Plaintiff along with the Court Rules. Plaintiff did not receive the documents until February 28, 2024 Plaintiff immediately placed the written request for discovery in prison mail box for delivery via prison officials. Plaintiff submits 3 Exhibits outlined below in support of his assertions:

Exhibit A  Discovery request returned to Plaintiff from clerk of court

Exhibit B  Kansas Department of Corrections Legal Mail Delivery Form

Exhibit C  Kansas Department of Corrections Account Withdrawal Request for Postage, and the date given to prison officials for mailing

19. The Plaintiff respectfully request that this Motion be granted and an order entered allowing him to file Motion Opposing ("KDOC") Defendants Motion for Summary Judgment.

Respectfully submitted,

/s/ Benton G. Baskin
Benton G. Baskin, I/M #52888
Hutchinson Correctional Facility East
Hutchinson, Kansas 67504
Phone: (620)-625-7295
Fax: (620)-728-3474
E-mail: KDOC court file hcf@ks.gov
Plaintiff Pro se

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2024, the foregoing Motion For Leave to File Plaintiff's Motion of Opposition to the KDOC Defendants Motion For Summary Judgment Out of Time was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Attorney for KDOC Defendants Armen Gaboian and Javier Diaz


Thomas A. Rottinghaus, KS No. 19081
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Attorney for Defendant Charles K. Westbrook

/s/ Benton G. Baskin
Benton G. Baskin, I/M #52888
Plaintiff Pro se