# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BENTON GENE BASKIN,** | ) |
| Plaintiff, | ) |
| | ) Case No. 23-cv-03212-JAR-ADM |
| v. | ) |
| **TODD THOMAS, et al.,** | ) |
| Defendants. | ) |

## NOTICE OF PARTIAL SETTLEMENT

Defendant Westbrook, by and through counsel of record hereby give notice to the Court that Plaintiff and Defendant Westbrook have reached a settlement of all claims against Defendant Westbrook only in the above captioned case. Plaintiff wishes to inform the Court that he seeks to continue pursuing his claims against the remaining Defendants.

Plaintiff and Defendant Westbrook will notify the court when all settlement documents have been finalized, and the parties will subsequently file a Dismissal With Prejudice as to Defendant Westbrook only.

Respectfully submitted,

*/s/ Thomas A. Rottinghaus*
Thomas A. Rottinghaus        KS No. 19081
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372
trottinghaus@wcllp.com
**ATTORNEYS FOR DEFENDANT WESTBROOK**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1ST day of May 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and that a copy of this pleading is being hand-delivered to:

Benton Gene Baskin #52888
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS  67504
Plaintiff, *Pro se*

*/s/ Thomas A. Rottinghaus*
**ATTORNEY FOR DEFENDANT WESTBROOK**