BENTON GENE BASKIN,

        Plaintiff,

V.                        Case 5:23-cv-03212-JAR-ADM

TODD THOMAS, et al.,

        Defendant.

## **PLAINTIFF EXHIBITS IN SUPPORT OF OPPOSITION TO KDOC DEFENDANT MOTION FOR SUMMARY JUDGMENT**

/s/ Benton G. Baskin
Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility East
P.O. Box 1568
Hutchinson, Kansas 67504
(620)-625-7295
Fax (620)728-3473
E-mail:KDOC_court_file_hcf@ks.gov
Plaintiff Pro se