# SAGUARO CORRECTIONAL CENTER
## INMATE REQUEST FORM

Inmate Name BASKIN, BENTON, G.       Number 52888       Housing Location KA 04 L

To GRIEVANCE COORDINATOR - MR. J. VALENZUELA       Date December 11, 2019

Subject (State briefly the problem on which you need assistance) Retrieval of Grievance, filed on November 16, 2019 - Placed inside of an envelope addressed to Mr. T. Thomas - Labeled 14-5B Grievance - Deposited during breakfast mealine on 11/16/2019. On December 3, 2019 Kansas Department of Corrections Contract Monitor(s) EAI Ms. Sisco, and UTM L. Wildermuth of Lansing Correctional Facility - were briefed on the Saguaro 14-5B Grievance deposited in the Saguaro Correctional Center Grievance Mail Box, In Con-junction with the Kansas Department of Corrections Grievance filed on December 3, 2019 - by L. Wildermuth. Upon Conversing with Warden Mr. T. Thomas - Stating that he's been off, after being countered as to why he has'nt responded to my grievance, and that the said Grievance is probably on his desk, further that he would respond to it as soon as he get's a chance, further, He has also been promoted. Upon Conversing with A.W. J. Bradley - he stated that there is a 14 Business day grace period upon which a Grievance would be processed and receive a response. I respectfully request that the Grievance filed on November 16, 2019 - Receives the prompt attention that is warranted and is returned to the Grievant for further proceedings consistent with an Answer, Also the (Attached Inmate Request Forms) to the 14-5B Saguaro Grievance - From Mr. Thomas and Mr. Bradley - Thank You, for Your Time & Consideratic

Note: If necessary, you may be interviewed in order to handle your request. Your failure to specifically state your problem may result in no action being taken.

**DO NOT WRITE BELOW THIS LINE**

Referred To: _____  By: _____  Date: _____

Disposition / Response (1) I do not have this paper you are asking about. (2) If it was addressed to the Warden then it was given or placed in his box. I do not open envelopes not addressed to me. Perhaps if you had a grievance you should have filed in accordance with policy & procedure, and not your own thing.
Please file correctly. Stop blaming others.

Staff Member       12/12/19       Date

**Appointment to meet with staff**

Staff member name _____
Staff member signature _____
Location of meeting _____    NOTE: If this area is filled out it will be your pass to meet
Time _____ Date _____            with requesting staff member at the designated time.
If no appointment is required initial here _____