Benton G. Baskin, I/M #52888
Hutchinson Correctional Facility East Unit - E2/#398
P.O. Box 1568
Hutchinson, Kansas 67504
Phone: (620)-625-7292
Fax: (620)-728-3473
E-mail: KDOC_court_file_hcf@ks.gov
Plaintiff Pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BENTON GENE BASKIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 23-3212-JAR-ADM |
| TODD THOMAS, et al., | ) |
| Defendants. | ) |

### PLAINTIFF'S AND DEFENDANT WESTBROOK STIPULATION OF PARTIAL DISMISSAL OF CLAIMS WITH PREJUDICE

Plaintiff Baskin appears pro se and hereby respectfully give notice to the Court that Plaintiff and parties stipulate to Baskin's dismissal of his claims against Defendant Westbrook, with prejudice, consistent with the settlement reached between Baskin and Defendant Westbrook, Further stipulate to waive Westbrook's claims against Plaintiff for attorney fees and cost Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties stipulate that Plaintiff Baskin, is not dismissing his claims against the KDOC Defendants Gaboian and Diaz.

Respectfully submitted,

/s/ Benton G. Baskin
Benton G. Baskin, I/M #52888
Plaintiff Pro se

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August 2024. I electronically filed the foregoing Motion for Plaintiff's and Defendant Westbrook Stipulation of Partial Dismissal of Claims With Prejudice, with the clerk of the court using the CM/ECF system which will send notification of electronic filing to the following:

Thomas A. Rottinghaus, KS No. 19081
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Attorney for Defendant Charles K. Westbrook

Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Attorney for Defendants Armen Gaboian & Javier Diaz

/s/ Benton G. Baskin
Benton G. Baskin, I/M #52888
Plaintiff Pro se