# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BENTON GENE BASKIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-3212-JAR-ADM ) ) |
| TODD THOMAS, et al., | ) ) |
| Defendants. | ) |

## STIPULATION OF PARTIAL DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's Order of August 14, 2024 (Doc. 99) directing Defendant Westbrook to file a response indicating whether Plaintiff's Notice of Voluntary Dismissal is unopposed, the Defendants hereby stipulate that Plaintiff's dismissal of his claims against Defendant Westbrook, with prejudice, are not opposed. The parties stipulate that Plaintiff is not dismissing his claims against any other defendant.

Respectfully submitted,

*/s/ Thomas A. Rottinghaus*
Thomas A. Rottinghaus            KS No. 19081
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372
trottinghaus@wcllp.com
ATTORNEYS FOR DEFENDANT WESTBROOK

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General 120
SW 10th Ave., 2nd Floor Topeka,
Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the KDOC Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and that a copy of this pleading was mailed via first-class mail, postage prepaid, to:

Benton Gene Baskin #52888
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS  67504
Plaintiff, *Pro se*

/s/ Thomas A. Rottinghaus
**ATTORNEY FOR DEFENDANT WESTBROOK**